B 1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Eastern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| SK Foods, L.P., a California limited partnership | Not Applicable |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): Not Applicable | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 77-0327559 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 1175 19th Avenue, Lemoore, California  ZIP CODE 93245 | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: Kings County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): 21 Lower Ragsdale, Monterey, California  ZIP CODE 93940 | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): 1175 19th Avenue, Lemoore California  ZIP CODE 93245 | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other Grower and processor based business

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer, debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

2009-29162
FILED
May 07, 2009
8:45 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001819333

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>SK Foods, L.P., a California limited partnership |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>See Attached | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**x  Not Applicable**<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

American LegalNet, Inc.
www.FormsWorkflow.com

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): SK Foods, L.P., a California limited partnership |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  Not Applicable
   Signature of Debtor

X  Not Applicable
   Signature of Joint Debtor

   Telephone Number (if not represented by attorney)

   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  Not Applicable
   (Signature of Foreign Representative)

   (Printed Name of Foreign Representative)

   Date

### Signature of Attorney*

X  /s/ Richard A. Lapping
   Signature of Attorney for Debtor(s)
   Richard A. Lapping
   Printed Name of Attorney for Debtor(s)
   Winston & Strawn LLP
   Firm Name

   Address
   101 California Street, Suite 3900
   San Francisco, CA 94111
   (415) 591-1000
   Telephone Number
   May 7, 2009
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Scott Salyer
   Signature of Authorized Individual
   Scott Salyer
   Printed Name of Authorized Individual
   Authorized Agent
   Title of Authorized Individual
   April 28, 2009
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Not Applicable
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X  Not Applicable

   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

American LegalNet, Inc.
www.FormsWorkflow.com

# SK FOODS, L.P.
## PENDING BANKRUPTCY CASES FILED BY ANY SPOUSE, PARTNER OR AFFILIATE

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| SK Foods, L.P. | 09-28956 | 05/05/2009 |
| **District:** | **Relationship:** | **Judge:** |
| United States Bankruptcy Court, Eastern District of California (Sacramento) | Involuntary Chapter 11 filing against Debtor | Honorable Robert S. Bardwil |

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| RHM Industrial/Specialty Foods, Inc. | 09-28955 | 05/05/2009 |
| **District:** | **Relationship:** | **Judge:** |
| United States Bankruptcy Court, Eastern District of California (Sacramento) | Involuntary Chapter 11 filing against Debtor Affiliate | Honorable Robert S. Bardwil |

# WRITTEN CONSENT OF
# THE GENERAL PARTNER
# OF
# SK FOODS, LP.

## April 28, 2009

Pursuant to Section 15901.15 of the Uniform Limited Partnership Act of 2008 and the applicable section of the Limited Partnership Agreement of SK Foods, LP. a California limited partnership (the "Partnership"), the undersigned general partner (the "GP"), hereby makes the following ratifications and adopt the following resolutions:

## Voluntary Petition for Relief Under Bankruptcy Code Chapter 11

**RESOLVED**, that in the judgment of the GP it is in the best interests of the Partnership and its creditors that a voluntary petition by and in the name of the Partnership seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") be filed in the United States Bankruptcy Court for the Eastern District of California, Sacramento Division (the "Bankruptcy Court") on or after May 6, 2009.

## Appointment of Bankruptcy Counsel

**RESOLVED**, that the law firm of Winston & Strawn LLP, 101 California Street, San Francisco, California 94111, be, and hereby is, employed as reorganization counsel for the Partnership in connection with the administration of the Partnership's case under Chapter 11 of the Bankruptcy Code.

## Irrevocability of This Consent

**RESOLVED**, that this Written Consent dated April 28, 2009 and the actions contemplated herein are hereby irrevocable without the prior written consent of the Bank of Montreal as agent under the Amended and Restated Credit Agreement Dated as of September 28, 2007.

## General Authority

**RESOLVED**, that any, and all actions, whether previously or subsequently taken by the GP of the Company which are consistent with the intent and purposes of the foregoing resolutions, shall be and the same hereby are, in all respects, ratified, approved and confirmed.

**RESOLVED FURTHER**, that the officers of the GP and such persons appointed to act on their behalf pursuant to the foregoing resolutions are hereby authorized and directed in the name of the GP and on its behalf, to execute any additional certificates, agreements, instruments or documents, or any amendments or supplements thereto, or to do or to cause to be done any and all other acts as they deem necessary, appropriate or in furtherance of the purposes of each of the foregoing resolutions and transactions contemplated therein.

1

This unanimous written consent shall be filed with the minutes of the proceedings of the GP.

SK PM CORP., a California corporation

By: /s/ Scott Salyer
Scott Salyer, President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## EASTERN District Of CALIFORNIA

In re SK FOODS, L.P., a California limited partnership,
            Debtor

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern- ment contract, etc.) | Indicate if claim is contingent, unliquidaated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Barilla America, Inc. | Barilla America, Inc. c/o Michael J. Freed Freed Kanner London & Millen 2201 Waukegan Rd., Suite 130 Bannockburn, IL 60015 (224) 632-4500 (P) (224) 632-4521 (F) <br><br> Barilla America, Inc. c/o Steven McClean Caswell Bell & Hillison 5200 North Palm Ave, #211 Fresno, CA 93704 (559) 225-6550 (P) (559) 225-7912 (F) | Trade Vendor | Disputed | 1,563,000.00 |
| Owens-Illinois | Owens-Illinois File No. 74376 P.O. Box 60000 San Francisco, CA 94160 (567) 336-5000 (P) (419) 247-7107 (F) | Trade Vendor | | 656,175.69 |
| Gordon & Rees LLP | Gordon & Rees LLP 275 Battery St, 20th Floor San Francisco, CA 94111 (415) 986-5900 (P) (415) 986-8054 (F) | Professional Services | Disputed | 591,039.72 |

| Creditor | Address | Type | Status | Amount |
|---|---|---|---|---|
| Boos & Associates | Boos & Associates<br>5260 N Palm Ave, Ste 120<br>Garden Financial Center<br>Fresno, CA 93704<br>(760) 262-7100 (P)<br>(559) 449-1934 (F) | Professional Services | Disputed | 503,060.49 |
| Campbell's Soup Company | Campbell Soup Company<br>Jeannette Dutton<br>1 Campbell Place<br>Camden, NJ 08103<br>Phone: 856 342-8565 | Trade Vendor | | 499,830.06 |
| International Wood Industries Inc. | International Wood Industries Inc<br>c/o Mark J. Rice<br>McNeil, Silveira, Rice & Wiley<br>55 Professional Center Parkway, Suite A<br>San Rafael, CA 94903<br>(415) 472-3434 (P)<br>(415) 472-1298 (F) | Trade Vendor | Disputed | 475,282.45 |
| Ball Packaging Corp. | Ball Packaging Corp<br>P.O. Box 100521<br>Pasadena, CA 91189<br>(303) 469-3131 (P)<br>(303) 460-2127 (F) | Trade Vendor | | 467,719.00 |
| Inter Food Italia SRI | Inter Food Italia SRI<br>Via Stradone Farnese, 12<br>P.O. Box 107 - 29100<br>Piacenza, Italy<br>+39 0523 330066 (P)<br>+39 0523 306007 (F) | Broker's Commission | | 345,775.01 |
| F&M Chile Co. | F&M Chile Co.<br>107 Demmer Drive<br>Placentia, CA 92870<br>(714) 670-6531 (P)<br>(714) 670-6536 (F) | Trade Vendor | | 305,123.75 |
| California Freight Sales | California Freight Sales<br>P.O. Box 365<br>Ripon, CA 95366<br>(209) 599-5418 (P)<br>(209) 599-5017 (F) | Trade Vendor | | 188,473.60 |
| Paul, Hastings, Janofsky & Walker | Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, DC 20005<br>(202) 551-1700 (P)<br>(202) 551-1705 (F) | Professional Services | Disputed | 182,302.81 |
| Bellisio Foods | Bellisio Foods<br>Tom Narigon<br>VP Purchasing<br>1201 Harmon Place<br>Suite 302<br>Minneapolis, MN 55403<br>(218) 723-5430 (p)<br>(218) 723-5431 (f) | Trade Vendor | | 176,290.00 |

| Name | Address | Type | Status | Amount |
|---|---|---|---|---|
| Silgan Closures LLC | Silgan Closures LLC<br>13074 Collection Ctr Dr<br>Chicago, IL 60693<br>(800) 515-1565 (P)<br>(630) 515-5326 (F) | Trade Vendor | | 168,924.48 |
| Temple Inland | Temple-Inland<br>Dept LA 21499<br>Pasadena, CA 91185-1499<br>(512) 434-5800 (P)<br>(512) 434-8180 (F) | Trade Vendor | | 167,969.99 |
| General Mills | General Mills<br>Laura Holland<br>Number One General Mills Boulevard<br>WO4-B<br>Minneapolis, MN 55426<br>Phone: 763 293-2117<br>Fax: | Trade Vendor | Setoff | 166,476.00 |
| Central Supply Co. | Central Supply CO<br>P.O. Box 1085<br>Fresno, CA 93714<br>(800) 577-5794 (P)<br>(559) 268-4764 (F) | Trade Vendor | Disputed | 163,145.00 |
| CFT Food Technology | CFT Food Technology<br>Rossi & Catelli Via Traversetolo<br>2/A43100<br>Parma Italy<br>39-0521-277111 (P)<br>39-0521-798404 (F) | Trade Vendor | | 152,496.20 |
| Used Pallet Company | Used Pallet Company<br>4115 S Orange Avenue<br>Fresno, CA 93725<br>(559) 264-6664 (P)<br>(559) 264-2911 (F) | Trade Vendor | | 146,026.49 |
| CSXT N/A 120336 | CSXT N/A 120336<br>1659 Solutions Center<br>Chicago, IL 60677<br>(904) 359-3200 (P)<br>(904) 633-3450 (F) | Trade Vendor | Disputed | 140,314.00 |
| Brown & Caldwell | Brown & Caldwell<br>P.O. Box 45208<br>San Francisco, CA 94145<br>(925) 937-9010 (P)<br>(925) 937-9026 (F) | Trade Vendor | | 137,722.41 |

|     (1)     |     (2)     |     (3)     |     (4)     |     (5)     |
| --- | --- | --- | --- | --- |
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, govern- ment contract, etc.)* | *Indicate if claim is contingent, unliquidaated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Lisa Crist, Executive Vice President of Administration of SK Foods, L.P., a California limited partnership, named as debtor in this case, declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that I have read the List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct as of May 7, 2009, to the best of my knowledge, information and belief.

SK FOODS, L.P.,
a California limited partnership

By _____
Lisa Crist

SF:249618.7