FILED
May 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001820158

**2 Pages**

**WINSTON & STRAWN LLP**
Richard A. Lapping (SBN: 107496)
rlapping@winston.com
John D. Fredericks (SBN: 168309)
jfredericks@winston.com
Justin E. Rawlins (SBN: 209915)
jrawlins@winston.com
Marcus O. Colabianchi (SBN: 208698)
mcolabianchi@winston.com
101 California Street, 39th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Proposed Reorganization Attorneys for Debtor
SK Foods, L.P., a California limited partnership

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 09-29162-D-11 |
| SK FOODS, L.P., a California limited partnership, | Chapter 11 |
| Debtor. | **DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP** |

1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, SK Foods, L.P., debtor and debtor in possession (the "<u>Debtor</u>"), hereby files this statement of corporate ownership. Although it appears that the Debtor, as a California limited partnership, may not be required to file this statement, the Debtor does so out of an abundance of caution. The Scott Salyer Revocable Trust is a limited partner and owns 45% of the partnership interest in the Debtor, and SK PM Corp., a California corporation is the general partner and owns 55% of the partnership interest in the Debtor.

Dated: May 7, 2009                             WINSTON & STRAWN LLP


By: <u>/s/ Richard A. Lapping</u>
Richard A. Lapping,
Proposed Reorganization Attorneys for
Debtors SK Foods, L.P., a California limited partnership

SF:249349.5

2