FILED
May 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001820173

2 Pages

**WINSTON & STRAWN LLP**
Richard A. Lapping (SBN: 107496)
rlapping@winston.com
John D. Fredericks (SBN: 168309)
jfredericks@winston.com
Justin E. Rawlins (SBN: 209915)
jrawlins@winston.com
Marcus O. Colabianchi (SBN: 208698)
mcolabianchi@winston.com
101 California Street, 39th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Proposed Reorganization Attorneys for Debtors
SK Foods, L.P., a California limited partnership

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re:

SK FOODS, L.P., a California limited partnership,

    Debtor.

Case No. 09-29162-D-11

Chapter 11

**NOTICE OF RELATED CASE MADE PURSUANT TO BANKR. L. R. 1015-1**

**PLEASE TAKE NOTICE** that, filed contemporaneously with this bankruptcy case by SK Foods, L.P., a California limited partnership, debtor and debtor in possession, the following related bankruptcy case was filed by its affiliate:

SK Foods, L.P., a California limited partnership, Bankruptcy Case No. 09-28956-D-11;

RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co., Bankruptcy Case No. 09-28955-D-11;

RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co., Bankruptcy Case No. 09-29161-D-11.

Dated: May 8, 2009

WINSTON & STRAWN LLP

By: /s/ Richard A. Lapping
Richard A. Lapping
Proposed Reorganization Attorneys
for Debtors SK Foods, L.P.