FILED

May 11, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001824667

1  MARC A. LEVINSON (State Bar No. 57613)
   JEFFERY D. HERMANN (State Bar No. 90445)
2  STACY E. DON (State Bar No. 226737)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  400 Capitol Mall
   Sacramento, CA  95814-4497
4  Telephone:     916-447-9200
   Facsimile:      916-329-4900
5  malevinson@orrick.com
   jhermann@orrick.com
6  sdon@orrick.com

7  JAMES E. SPIOTTO (*Pro hac vice application pending*)
   ANN ACKER (*Pro hac vice application pending*)
8  CHAPMAN AND CUTLER LLP
   111 West Monroe Street
9  Chicago, IL  60603
   Telephone:     (312) 845-3000
10 Facsimile:      (312) 516-1900
   spiotto@chapman.com
11 acker@chapman. com

12 Attorneys for Bank of Montreal

13

14           UNITED STATES BANKRUPTCY COURT

15           EASTERN DISTRICT OF CALIFORNIA

16                 SACRAMENTO DIVISION

17

18 In re:                          Case No.  09-29162-D-11

19 SK FOODS, L.P.                  RAL – 19
   a California Limited Partnership,
20                                 Chapter 11
               Debtor.
21

22

23

24     EXHIBITS 2 – 4 TO DECLARATION OF LAWRENCE A. MIZERA IN
       SUPPORT OF JOINDER OF BANK OF MONTREAL IN THE DEBTOR'S
25     MOTION FOR ORDER AUTHORIZING APPOINTMENT OF CHAPTER 11
                              TRUSTEE
26

27

28

# EXHIBIT 2

# REVOLVING NOTE

September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership (*"SK Foods"*), and RHM Industrial/Specialty Foods, Inc., a California corporation (*"Colusa Canning"* and, together with SK Foods, the *"Borrowers"*), hereby, jointly and severally, promises to pay to the order of U.S. Bank National Association (the *"Lender"*) on the Revolving Credit Termination Date of the hereinafter defined Credit Agreement, at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the aggregate unpaid principal amount of all Revolving Loans made by the Lender to the Borrowers pursuant to the Credit Agreement, together with interest on the principal amount of each Revolving Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is one of the Revolving Notes referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007, among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the *"Credit Agreement"*), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon, certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

2315880.01.02.doc

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK FOODS, L.P.

By: SK PM Corp.
Its: General Partner

By ~~S S S~~
Name ~~S Salyer~~
Title President

RHM INDUSTRIAL/SPECIALTY FOODS, INC.

By ~~S S S~~
Name ~~Scott Salyer~~
Title President

U.S. Bank Revolving Note

# REVOLVING NOTE

September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership (*"SK Foods"*), and RHM Industrial/Specialty Foods, Inc., a California corporation (*"Colusa Canning"* and, together with SK Foods, the *"Borrowers"*), hereby, jointly and severally, promises to pay to the order of Bank of the West (the *"Lender"*) on the Revolving Credit Termination Date of the hereinafter defined Credit Agreement, at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the aggregate unpaid principal amount of all Revolving Loans made by the Lender to the Borrowers pursuant to the Credit Agreement, together with interest on the principal amount of each Revolving Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is one of the Revolving Notes referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007, among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the *"Credit Agreement"*), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon, certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK FOODS, L.P.

By:  SK PM Corp.
Its:  General Partner

By _____
Name _____
Title  PRESIDENT

RHM INDUSTRIAL/SPECIALTY FOODS, INC.

By _____
Name  Scott Salyer
Title  President

Bank of the West Revolving Note

**REVOLVING NOTE**

September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership (*"SK Foods"*), and RHM Industrial/Specialty Foods, Inc., a California corporation (*"Colusa Canning"* and, together with SK Foods, the *"Borrowers"*), hereby, jointly and severally, promises to pay to the order of Bank of Montreal (the *"Lender"*) on the Revolving Credit Termination Date of the hereinafter defined Credit Agreement, at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the aggregate unpaid principal amount of all Revolving Loans made by the Lender to the Borrowers pursuant to the Credit Agreement, together with interest on the principal amount of each Revolving Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is one of the Revolving Notes referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007, among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the *"Credit Agreement"*), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon, certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK Foods, L.P.

By: SK PM Corp.
Its: General Partner

By _____
Name _____
Title President

RHM Industrial/Specialty Foods, Inc.

By _____
Name Scott Salyer
Title President

# REVOLVING NOTE

September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership (*"SK Foods"*), and RHM Industrial/Specialty Foods, Inc., a California corporation (*"Colusa Canning"* and, together with SK Foods, the *"Borrowers"*), hereby, jointly and severally, promises to pay to the order of LaSalle Bank, National Association (the *"Lender"*) on the Revolving Credit Termination Date of the hereinafter defined Credit Agreement, at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the aggregate unpaid principal amount of all Revolving Loans made by the Lender to the Borrowers pursuant to the Credit Agreement, together with interest on the principal amount of each Revolving Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is one of the Revolving Notes referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007, among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the *"Credit Agreement"*), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon, certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK Foods, L.P.

By: SK PM Corp.
Its: General Partner

By _____
Name _____
Title President

RHM Industrial/Specialty Foods, Inc.

By _____
Name _____
Title President

LaSalle Revolving Note

**REVOLVING NOTE**

September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership (*"SK Foods"*), and RHM Industrial/Specialty Foods, Inc., a California corporation (*"Colusa Canning"* and, together with SK Foods, the *"Borrowers"*), hereby, jointly and severally, promises to pay to the order of Wells Fargo Bank, N.A. (the *"Lender"*) on the Revolving Credit Termination Date of the hereinafter defined Credit Agreement, at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the aggregate unpaid principal amount of all Revolving Loans made by the Lender to the Borrowers pursuant to the Credit Agreement, together with interest on the principal amount of each Revolving Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is one of the Revolving Notes referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007, among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the *"Credit Agreement"*), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon, certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

2315880.01.02.doc

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK FOODS, L.P.

By: SK PM Corp.
Its: General Partner

By _____
Name _Scott Salyer_
Title _President_

RHM INDUSTRIAL/SPECIALTY FOODS, INC.

By _____
Name _Scott Salyer_
Title _President_

Wells Fargo Revolving Note

EXHIBIT 3

# TERM NOTE

September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership (*"SK Foods"*), and RHM Industrial/Specialty Foods, Inc., a California corporation (*"Colusa Canning"* and, together with SK Foods, the *"Borrowers"*), hereby, jointly and severally promises to pay to the order of U.S. Bank National Association (the *"Lender"*) at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the aggregate unpaid principal amount of all Term Loans made or maintained by the Lender to the Borrowers pursuant to the Credit Agreement, in installments in the amounts called for by Section 1.8(a) of the Credit Agreement, together with interest on the principal amount of such Term Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is one of the Term Notes referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007 among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the *"Credit Agreement"*), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon; certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK Foods, L.P.

By: SK PM Corp.
   Its: General Partner

By _____
Name _____
Title  President

RHM Industrial/Specialty Foods, Inc.

By _____
Name  Scott Salyer
Title  President

# TERM NOTE

September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership ("*SK Foods*"), and RHM Industrial/Specialty Foods, Inc., a California corporation ("*Colusa Canning*" and, together with SK Foods, the "*Borrowers*"), hereby, jointly and severally promises to pay to the order of Bank of the West (the "*Lender*") at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the aggregate unpaid principal amount of all Term Loans made or maintained by the Lender to the Borrowers pursuant to the Credit Agreement, in installments in the amounts called for by Section 1.8(a) of the Credit Agreement, together with interest on the principal amount of such Term Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is one of the Term Notes referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007 among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the "*Credit Agreement*"), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon, certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

2315880.01.02.doc

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK Foods, L.P.

By: SK PM Corp.
    Its: General Partner

By _____
Name _____
Title President

RHM Industrial/Specialty Foods, Inc.

By _____
Name _____
Title President

Bank of the West Term Note

# TERM NOTE

September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership (*"SK Foods"*), and RHM Industrial/Specialty Foods, Inc., a California corporation (*"Colusa Canning"* and, together with SK Foods, the *"Borrowers"*), hereby, jointly and severally promises to pay to the order of Bank of Montreal (the *"Lender"*) at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the aggregate unpaid principal amount of all Term Loans made or maintained by the Lender to the Borrowers pursuant to the Credit Agreement, in installments in the amounts called for by Section 1.8(a) of the Credit Agreement, together with interest on the principal amount of such Term Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is one of the Term Notes referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007 among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the *"Credit Agreement"*), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon, certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK Foods, L.P.

By: SK PM Corp.
    Its: General Partner

By _____
    Name _Sean Salyer_
    Title _President_

RHM Industrial/Specialty Foods, Inc.

By _____
    Name _____
    Title _President_

COPY

BMO Term Note

# TERM NOTE

September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership (*"SK Foods"*), and RHM Industrial/Specialty Foods, Inc., a California corporation (*"Colusa Canning"* and, together with SK Foods, the *"Borrowers"*), hereby, jointly and severally promises to pay to the order of LaSalle Bank, National Association (the *"Lender"*) at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the aggregate unpaid principal amount of all Term Loans made or maintained by the Lender to the Borrowers pursuant to the Credit Agreement, in installments in the amounts called for by Section 1.8(a) of the Credit Agreement, together with interest on the principal amount of such Term Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is one of the Term Notes referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007 among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the *"Credit Agreement"*), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon; certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

2315880.01.02.doc

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK FOODS, L.P.

By: SK PM Corp.
   Its: General Partner

By _____

Name _____

Title _____

RHM INDUSTRIAL/SPECIALTY FOODS, INC.

By _____

Name _____

Title _____

LaSalle Term Note

**TERM NOTE**

September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership (*"SK Foods"*), and RHM Industrial/Specialty Foods, Inc., a California corporation (*"Colusa Canning"* and, together with SK Foods, the *"Borrowers"*), hereby, jointly and severally promises to pay to the order of Wells Fargo Bank, N.A. (the *"Lender"*) at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the aggregate unpaid principal amount of all Term Loans made or maintained by the Lender to the Borrowers pursuant to the Credit Agreement, in installments in the amounts called for by Section 1.8(a) of the Credit Agreement, together with interest on the principal amount of such Term Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is one of the Term Notes referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007 among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the *"Credit Agreement"*), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon, certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

2315880.01.02.doc

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK FOODS, L.P.

By: SK PM Corp.
   Its: General Partner

By _____
   Name _Scott Salyer_____
   Title _President_____

RHM INDUSTRIAL/SPECIALTY FOODS, INC.

By _____
   Name _Scott Salyer_____
   Title _President_____

Wells Fargo Term Note

# EXHIBIT 4

**SWING NOTE**

U.S. $5,000,000                                                September 28, 2007

FOR VALUE RECEIVED, the undersigned, SK Foods, L.P., a California limited partnership (*"SK Foods"*) and RHM Industrial/Specialty Foods, Inc., a California corporation (*"Colusa Canning"* and, together with SK Foods, the *"Borrowers"*), hereby, jointly and severally, promises to pay to the order of Bank of Montreal (the *"Lender"*) on the Revolving Credit Termination Date of the hereinafter defined Credit Agreement, at the principal office of Bank of Montreal, as Administrative Agent, in Chicago, Illinois, in immediately available funds, the principal sum of Five Million and No/100 Dollars ($5,000,000) or, if less, the aggregate unpaid principal amount of all Swing Loans made by the Lender to the Borrowers pursuant to the Credit Agreement, together with interest on the principal amount of each Swing Loan from time to time outstanding hereunder at the rates, and payable in the manner and on the dates, specified in the Credit Agreement.

This Note is the Swing Note referred to in the Amended and Restated Credit Agreement dated as of September 28, 2007, among the Borrowers, the Guarantors party thereto, the Lenders party thereto, and Bank of Montreal, as Administrative Agent for the Lenders (as extended, renewed, amended or restated from time to time, the *"Credit Agreement"*), and this Note and the holder hereof are entitled to all the benefits and security provided for thereby or referred to therein, to which Credit Agreement reference is hereby made for a statement thereof. All defined terms used in this Note, except terms otherwise defined herein, shall have the same meaning as in the Credit Agreement. This Note shall be governed by and construed in accordance with the internal laws of the State of Illinois.

Voluntary prepayments may be made hereon, certain prepayments are required to be made hereon, and this Note may be declared due prior to the expressed maturity hereof, all in the events, on the terms and in the manner as provided for in the Credit Agreement.

Each Borrower hereby waives demand, presentment, protest or notice of any kind hereunder.

SK Foods, L.P.

By: SK PM Corp.
Its: General Partner

By _____
Name _____
Title _____

RHM Industrial/Specialty Foods, Inc.

By _____
Name _____
Title _____

COPY

Swing Note