PAGES: 3

Julie E. Oelsner, State Bar No. 125432 (joelsner@weintraub.com)
Dale C. Campbell, State Bar No. 99173 (dcampbell@weintraub.com)
James Kachmar, State Bar No. 216781 (jkachmar@weintraub.com)
W. Scott Cameron, State Bar No. 229828 (wcameron@weintraub.com)
WEINTRAUB GENSHLEA CHEDIAK
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for The Morning Star Packing Company,
Liberty Packing Company, LLC, California
Fruit & Tomato Kitchens, LLC, and
The Morning Star Company

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SK FOODS, L.P., a California limited partnership, et al.,<br><br>Debtor. | Case No. 09-29162-D-11<br><br>Chapter 11 |

**REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO MASTER MAILING LIST BY THE MORNING STAR PACKING COMPANY, LIBERTY PACKING COMPANY, LLC, CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, AND THE MORNING STAR COMPANY**

The undersigned attorneys for The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively, "Morning Star") hereby request notice of all hearings, or trial dates, motions and notices of motions, applications, disclosure statements, plans of reorganization, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, and returns of sale of real or personal property for Court approval,

whether such notice, application, or the like is sent by the Court, the debtor, or any other party-in-interest in this case, and requests that all notices, applications, or the like be sent to the address below, and that such address be added to the Court's master mailing list:

>The Morning Star Packing Company
>Liberty Packing Company, LLC,
>California Fruit & Tomato Kitchens, LLC
>The Morning Star Company
>c/o Julie E. Oelsner, Esq.
>Dale Campbell, Esq.
>James Kachmar, Esq.
>W. Scott Cameron, Esq.
>Weintraub Genshlea Chediak
>400 Capitol Mall, Suite 1100
>Sacramento, CA 95814

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to Morning Star's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of Morning Star's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Morning

///

///

///

///

///

///

///

{1120996.DOC;}            2            Request for Special Notice
Case No. 09-28956

Star is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Morning Star hereby expressly reserves.

Dated: May 13, 2009

Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: /s/ Julie E. Oelsner
    Julie E. Oelsner

Attorneys for The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC and The Morning Star Company