WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Norman D. Morrison IV # 212090
7110 North Fresno Street, Ste. 400
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@W2LG.com

Attorneys for Interested Party

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>SK FOODS, L. P.,<br><br>Debtor.<br><br>Tax ID#:  77-0327559<br>Address:  1175 19th Ave.<br>Lemoore, CA  93245 | **CASE NO. 09-29162**<br><br>Chapter 11<br><br>Date:  N/A<br>Time:  N/A<br>Place:  501 I Street<br>Sacramento, CA  95814<br>Judge:  Robert S. Bardwil |

**REQUEST FOR SPECIAL NOTICE**

TO:  DEBTORS, U.S. TRUSTEE, AND ALL INTERESTED PARTIES, and to their attorneys of record herein:

The Interested Party requests that separate and special notice be provided to its counsel of all matters filed in the within proceeding, as required by the Federal Rules of Bankruptcy Proceedings and applicable local bankruptcy rules.  Notice should be sent to:

///

///

///

FILED
May 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001834762

```
 1
 2                         WALTER & WILHELM LAW GROUP
                              a Professional Corporation
 3                         Attention: Riley C. Walter, Esq.
                            7110 N. Fresno Street, Suite 400
 4                              Fresno, California 93720
 5
    Dated: May  14 , 2009                WALTER & WILHELM LAW GROUP,
 6                                       a Professional Corporation
 7
 8                         By:  /s/ Riley C. Walter
 9                              Riley C. Walter,
                                Attorneys for  Interested Party
10
```