PAGES: 2

Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
Brendan P. Glackin (State Bar No. 199643)
bglackin@lchb.com
Andrew S. Kingsdale (State Bar No. 255669)
akingsdale@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SK FOODS L.P., a California limited partnership, et al.,<br><br>Debtor. | Case No. 09-29162-D-11<br><br>Chapter 11 |

REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO MASTER MAILING LIST BY DIVERSIFIED FOODS AND SEASONINGS, INC.

The undersigned attorneys for Diversified Foods and Seasonings, Inc. ("Diversified Foods") hereby request notice of all hearings, or trial dates, motions and notices of motions, applications, disclosure statements, plans of reorganization, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, and returns of sale of real or personal property for Court approval, whether such notice, application, or the like is sent by the Court, the debtor, or any other party-in-interest in this case, and requests that all notices, applications, or the like be sent to the address below, and that such address be added to the Court's master mailing list:

//

Diversified Foods and Seasonings, Inc.
c/o Joseph R. Saveri, Esq.
Eric B. Fastiff, Esq.
Brendan P. Glackin, Esq.
Andrew Kingsdale, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street
San Francisco, CA 94111

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to Diversified Foods' rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of Diversified Foods' rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Diversified Foods is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Diversified Foods hereby expressly reserves.

Dated: May 15, 2009

Respectfully submitted,

Joseph R. Saveri
Eric B. Fastiff
Brendan P. Glackin
Andrew S. Kingsdale
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

By: /s/*Eric B. Fastiff*
      Eric B. Fastiff

Counsel for Diversified Foods and Seasonings, Inc.