2009-29162
FILED
May 18, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001837709

**JUDITH C. HOZE, State Bar No. 123725**
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Acting United States Trustee,
Region 17, Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-29162-D-11 |
| SK Foods, L.P., | DC No.: UST-1 |
| Debtor. / | |

**ORDER APPROVING ACTING UNITED STATES TRUSTEE'S APPOINTMENT OF CHAPTER 11 TRUSTEE**

The Acting United States Trustee's appointment of **Bradley D. Sharp,** as Chapter 11 Trustee in the above-referenced case, is hereby approved, pursuant to 11 U.S.C. § 1104.

Dated: May 18, 2009

Robert S. Bardwil, Judge
United States Bankruptcy Court

-1-

RECEIVED
May 18, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001837709