1  Effie F. Anastassiou, Esq. (SBN 96279)
   Peter R. Williams, Esq. (SBN 119432)
2  Barbara J. Zanger Zuniga, Esq. (SBN 139906)
   ANASTASSIOU & ASSOCIATES
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California 93902
   Telephone:   (831) 754-2501
5  Facsimile:   (831) 754-0621

6  Attorneys for Creditors: Calchili Corporation,
   Winchester Grain Company, and Ed Curry dba Curry Farms
7

8  UNITED STATES BANKRUPTCY COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 In re the Bankruptcy of:            )   CASE NO. 09-29162
                                       )
11 SK Foods, L.P.                      )   REQUEST FOR NOTICE
                                       )
12           Debtor.                   )
                                       )
13 _____  )

14 TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

15 Creditors, CALCHILI CORPORATION, WINCHESTER GRAIN COMPANY, and ED CURRY dba CURRY FARMS, hereby request notice of all pleadings, court notices, motions, applications, ex-parte applications, contested matters and all other documents and papers pertaining to the above-captioned matter, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest via U.S. Postal Service or via electronic mail to the following addresses:

Effie F. Anastassiou, Esq. (SBN 96279)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
P.O. Box 2210
Salinas, CA 93901

E-Mail Addresses:   effieesq@salinasaglaw.com and paralegal@salinasaglaw.com

/s/ Effie F. Anastassiou
Effie F. Anastassiou
Attorney for Creditors, Calchili Corporation,
Winchester Grain Company, and Ed Curry
dba Curry Farms

F:\CHI\Litigation v. SK Foods\Bankruptcy of SK Food\Request for Notice-0929162SKFoods.wpd