1  Donna T. Parkinson, State Bar No. 125574
   Thomas R. Phinney, State Bar No. 159435
2  **PARKINSON PHINNEY**
   400 Capitol Mall, 11th Floor
3  Sacramento, California 95814
   Telephone:    (916) 449-1444
4  Facsimile:    (916) 449-1440
   E-mail: donna@parkinsonphinney.com
5
   Counsel for Creditor
6  Odenberg Engineering, Inc.

FILED
May 21, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001845218

# UNITED STATES BANKRUPTCY COURT
## EATERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re | ) Case No. 09-29162-D-11 |
| | ) |
| SK FOODS, L.P., | ) Chapter 11 |
| | ) |
|    Debtor. | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) |
| In re | ) Case No. 09-29161-D-11 |
| | ) |
| RHM Industrial/Specialty Foods, Inc, | ) Chapter 11 |
| | ) |
|    Debtor. | ) |
| | ) |

**TO:   THE DEBTOR, ITS ATTORNEY OF RECORD, THE U.S. TRUSTEE AND PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that Odenberg Engineering, Inc. is the owner of certain optical sorting equipment used by the Debtors in their processing operations.

    **PLEASE TAKE FURTHER NOTICE** that Parkinson Phinney, counsel for Odenberg Engineering, Inc., hereby requests that all notices given or required to be served in this case, be given to and served upon it and upon Creditor's counsel as follows:

Donna T. Parkinson
Counsel for Odenberg Engineering, Inc.
Parkinson Phinney
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 449-1444
Facsimile: (916) 449-1440

{148/00001/DTP/A0078369.DOC}                                        Request for Special Notice

1

E-Mail: donna@parkinsonphinney.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affects or seeks to affect in any way the interested party, the creditor, the debtors' interests, the rights or interest of Odenberg Engineering, Inc. or any other persons' or entities' right or interest to the estate.

Respectfully submitted,

Dated: May 21, 2009         PARKINSON PHINNEY

By: _____
Donna T. Parkinson, Counsel for
Odenberg Engineering, Inc.