FILED
May 22, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001847696

René Lastreto, II, #100993
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
M:\18976\pleadings\rfsn.wpd:rp

Attorneys for Party-in-Interest V.P., Inc. dba VALLEY PALLET

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In the Matter of | Case No. 09-29162-D-11 |
|---|---|
| SK FOODS, L.P., a California limited partnership | Chapter: 11 |
| Debtors | HONORABLE ROBERT S. BARDWILL |

**REQUEST FOR SPECIAL NOTICE OF**

**V.P., INC., dba VALLEY PALLET**

TO: THE CLERK OF THE BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE TRUSTEE, SECURED AND UNSECURED CREDITORS OF THE DEBTOR ALL PARTIES IN INTEREST AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE, V.P., INC., dba VALLEY PALLET, a party in interest herein in the above captioned Chapter 11 case, pursuant to 11 U.S.C. § 1109(b) and the Bankruptcy Rules 2002 and 9007, hereby requests special notice of all matters which may come before the above-referenced Bankruptcy Court (the "Court"), including, without limitation, the notices and papers referred to in Bankruptcy Rules 2002, 4001 and 9007 and also including, without limitation,

all applications, complaints, demands, hearings, motions, objections, notices of orders, proposed orders, conformed copies of orders, petitions, pleadings, reports, requests, schedules and amended schedules, stipulations, plans and disclosure statements and any other document before the Court in these cases, whether formal or informal, whether written or oral, whether transmitted to conveyed by delivery, mail, messenger, overnight delivery, telecopier, telegraph, telephone, electronically, telex, or otherwise, and whether or not specifically provided for in the Bankruptcy Rules.

V.P., INC., dba VALLEY PALLET requests that all such matters, whether sent by the Court, the debtors, or any other creditor or party in the case, be sent to the following addresses:

> René Lastreto, II, Esq.
> Lang, Richert & Patch
> 5200 North Palm, Suite 401
> Fresno, CA 93704
> (559) 228-6700 Telephone
> (559) 228-6727 Facsimile
> rl2@lrplaw.net

Pursuant to Bankruptcy Rule 2002(g), the above name and address should be added to the Court's master mailing list.

Neither this notice of appearance and the request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of:

  (i) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

  (ii) right to trial by jury in any proceedings as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution.

  (iii) right to have the reference of these matters withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  (iv) other rights, claims, actions, defenses, setoffs, recoupments or other matters

to which V.P., INC., dba VALLEY PALLET is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto V.P., INC., dba VALLEY PALLET without exception and with no purpose of confessing or conceding the jurisdiction or venue of the Court or venue of the cases in any way by this filing.

Dated: May 22, 2009

LANG, RICHERT & PATCH

By: /s/ René Lastreto, II
René Lastreto, II, Attorneys for
V.P., INC., dba VALLEY PALLET,
Party-in-Interest