


40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile (602) 262-5747
Telephone (602) 262-5311

Brent C. Gardner, State Bar No. 010243 (Admitted Pro Hac Vice)
Direct Dial: (602) 262-5739
Direct Fax: (602) 734-3827
EMail: BGardner@LRLaw.com

Paul A. Matteoni, CA State Bar No. 141681
Direct Dial: (775) 321-3425
Direct Fax: (775) 321-5561
EMail: PMATTEONI@LRLaw.com

Attorneys for Creditor *Chase Equipment Finance, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>SK FOODS, L.P., a California limited partnership, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-29162-D-11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Brent C. Gardner of Lewis and Roca LLP, hereby gives notice of appearance in this Chapter 11 case as attorney for Chase Equipment Finance, Inc.. Lewis and Roca LLP requests that a copy of all notices to creditors and other parties in interest in this case be sent to the following attorney at the address below:

> Brent C. Gardner, Esq.
> bgardner@lrlaw.com
> Lewis and Roca LLP
> 40 North Central Avenue
> Phoenix, Arizona 85004-4429

DATED this 28th day of May, 2009.

LEWIS AND ROCA LLP

By  /s/ Brent C. Gardner
      Brent C. Gardner
Attorneys for Creditor
*Chase Equipment Finance, Inc.*

2054595.1



COPY of the foregoing **MAILED**
via U.S. Mail, postage prepaid,
on the 28th day of May, 2009, to:

Richard A. Lapping
101 California St #3900
San Francisco, CA 94111
Attorney for Debtor *SK Foods, L.P.*

Bradley D. Sharp
333 S Grand Ave #4070
Los Angeles, CA 90071-1544
Trustee

/s/ Leilani Lista
Leilani Lista

_____

2054595.1