FILED
May 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001859005

STEVEN H. FELDERSTEIN, State Bar No. 056978
PAUL J. PASCUZZI, State Bar No. 148810
FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for Scott Salyer

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re: | CASE NO.: 09-29162-D-11 |
|---|---|
| SK Foods, L.P. | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and (i), and Federal Rule of Bankruptcy Procedure 3017(a), the undersigned counsel for Scott Salyer, a party in interest in the above-captioned bankruptcy case, hereby requests all matters which must be noticed to creditors, any creditors' committee or other parties in interest [Rules 2002(a), (b) and (c)], whether sent by the Court, the Debtors, or any other party in this matter, and requests that copies of any plan or disclosure statement [Rule 3017], be sent to the persons at the addresses set forth below:

Steven H. Felderstein
Paul J. Pascuzzi
FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI, LLP
400 Capitol Mall, Suite 14510
Sacramento, CA 95814
Tel: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

-and-

-1-

Request for Special Notice

1 | Malcolm S. Segal
2 | James P. Mayo
  | SEGAL & KIRBY
  | 770 L Street, Suite 1440
3 | Sacramento, CA 95814

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices of any plan, disclosure statement, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affects, or seek to affect, in any way the interest of the interested parties, creditors, the Debtors' interest, the rights or interests of the Official Committee of Unsecured Creditors, or any other person's or entity's right or interest to the estate.

Dated: May 28, 2009

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By: ___/s/ Steven H. Felderstein___
Steven H. Felderstein
Attorneys for Scott Salyer