FILED SWAS
JUN 0 1 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SK FOODS, L.P., *et al.*, | § | Case No. 09-29162 |
| | § | |
| Debtors. | § | |

## REQUEST FOR ALL NOTICES, PAPERS AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned counsel represents Constellation NewEnergy – Gas Division, LLC, a creditor and party-in-interest in the above-captioned case, and hereby requests copies of all notices and pleadings in this proceeding pursuant to all applicable rules, including, without limitation, Fed.R.Bankr.P. 2002(a),(b),(f) and (g), 2018 and 3015(d) and (g). All such notices should be addressed as follows:

>Bruce J. Ruzinsky
>D. Elaine Conway
>JACKSON WALKER L.L.P.
>1401 McKinney Street, Suite 1900
>Houston, Texas 77010
>(713) 752-4200 (Telephone)
>(713) 752-4221 (Facsimile)
>bruzinsky@jw.com (e-mail)
>econway@jw.com (e-mail)
>
>Heather M. Forrest
>JACKSON WALKER L.L.P.
>901 Main Street, Suite 6000
>Dallas, TX 75202
>(214) 953-6000 (Telephone)
>(214) 953-5822 (Facsimile)
>hforrest@jw.com (e-mail)

Please take notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and documents referred to in the Rules specified above but also includes, without limitation, notices and copies of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed with regard to the referenced case and the proceedings. Additionally, request is made for a copy of any plan and disclosure statement filed in this case.

5514049v.1 125210/00012

This Request for Notice and Service shall not be deemed or construed to be a waiver of the rights of Constellation NewEnergy – Gas Division, LLC (i) to have final orders in noncore matters only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any rights, claims, actions, setoffs, or recoupments to which Constellation NewEnergy – Gas Division, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 28th day of May, 2009.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: *D. Elaine Conway*
Bruce J. Ruzinsky
State Bar No. 17469425
D. Elaine Conway
State Bar No. 24062674
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200 (Telephone)
(713) 752-4221 (Facsimile)
bruzinsky@jw.com (e-mail)
econway@jw.com (e-mail)

Heather M. Forrest
State Bar No. 24040918
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 953-6000 (Telephone)
(214) 953-5822 (Facsimile)
hforrest@jw.com (e-mail)

**CONSTELLATION NEWENERGY – GAS DIVISION, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2009, a true and correct copy of the foregoing instrument was transmitted electronically, via facsimile or via First Class United States Mail to the parties listed below:

**DEBTOR**
SK Foods, L.P.
21 Lower Ragsdale
Monterey, CA 93940

**COUNSEL FOR DEBTORS**
Richard A. Lapping
101 California St #3900
San Francisco, CA 94111

**U.S. TRUSTEE**
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

*D. Elaine Conway*
D. Elaine Conway



Valerie Valon
(713) 752-4506 (Direct Dial)
(713) 308-4170 (Direct Fax)
vvalon@jw.com

May 28, 2009

Clerk of Court  *Via Certified Mail*
United States Bankruptcy Court for the  *Return Receipt Requested*
  Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95814

    Re:    Case No. 09-29162; *In Re: SK Foods, L.P., et al.;* In the United States Bankruptcy Court for the Eastern District of California

Dear Clerk of Court:

Enclosed for filing is the original and one copy of a **Request for All Notices, Papers and Pleadings** in connection with the above-referenced matter.

Please file stamp and return a copy of the document to our office via the enclosed self-addressed, postage-prepaid envelope.

I appreciate your assistance in this matter. Please feel free to contact me if you have any questions.

                      Sincerely,

                      *Jackson Walker L.L.P.*

                      Valerie Valon
                      Paralegal

Enclosures

cc: *Via Regular U.S. Mail*

SK Foods, L.P.
21 Lower Ragsdale
Monterey, CA 93940

Richard A. Lapping
101 California St #3900
San Francisco, CA 94111

United States Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814