DOWNEY BRAND LLP
R. DALE GINTER (Bar No. 100784)
JAMIE P. DREHER (Bar No. 209380)
ERIN E. WEBER (Bar No. 221279)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
dginter@downeybrand.com
jdreher@downeybrand.com
eweber@downeybrand.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

In re:

SK FOODS, L.P.,

      Debtor.

Case No. 09-29162

Chapter 11

REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that the Attorneys for the Official Committee of Unsecured Creditors ("OCUC"), hereby requests that all notices given or required to be served in this case be given to and served upon it as follows:

    OCUC
    c/o R. Dale Ginter, Esq. and Jamie P. Dreher
    Downey Brand LLP
    621 Capitol Mall, 18th Floor
    Sacramento, California 95814
    Telephone: (916) 444-1000
    Facsimile: (916) 444-2100
    Email: dginter@downeybrand.com
           jdreher@downeybrand.com

1007875.1

1

FILED
June 04, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001872272

| 1 | PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices of |

any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects or seeks to affect in any way the interest of the debtor or the rights or interest of any creditor.

DATED: June 3, 2009       DOWNEY BRAND LLP

By: /s/ R. Dale Ginter
R. DALE GINTER
Attorney for Official Committee of Unsecured Creditors