PAGES: 2

Alan E. Ramos, SBN 214533
**NEVIN, RAMOS & STEELE**
700 Ygnacio Valley Road, Suite 220
Walnut Creek, California, 94596-3859
Telephone: (925) 280-1700
Facsimile: (925) 935-1642
Email: aramos@LawNRS.com
cnevin@LawNRS.com

Attorney for Creditor,
RJMS Corp., dba Toyota Material Handling
Northern California



FILED
June 09, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001881960

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| In Re:<br><br>SK Foods, L.P., a California limited Partnership, et al.<br><br>Debtors. | Case No. 09-29162<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

The undersigned attorneys for RJMS Corporation, dba Toyota Material Handling Northern California (the "Creditor") hereby request notice of all hearings, trial dates, motions and notices of motions, applications, disclosure statements, plans of reorganization, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, and returns of sale of real or personal property for Court approval, whether such notice, application, or the like is sent by the Court, the debtor, or any other party-in-interest in this case, and request that all notices, applications or the like be sent to the address below and that such address be added to the Court's master mailing list.

      Alan E. Ramos, Esq.
      Nevin, Ramos & Steele
      Attorneys at Law
      700 Ygnacio Valley Road, Suite 220
      Walnut Creek, CA 94596

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to the Creditor's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of the Creditor's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Creditor hereby expressly reserves.

DATED: June 10, 2009

NEVIN, RAMOS & STEELE

By: /s/ Alan E. Ramos
Attorneys for RJMS Corporpation, dba Toyota Material Handling Northern California