


**FOOD BROKERS**



FILED
JUN 1 1 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

June 10, 2009

Dear Clerk,

Metcalf & Associates is a creditor in the bankruptcy case 09-29162-D-11 involving SK Foods.

We request special notice of the court, specifically The Sale Agreement. We would appreciate all relevant material being mailed to the above address.

Sincerely,

Michael Metcalf
President