FILED
June 12, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001890482

2 Pages

Debra I. Grassgreen (CA Bar No. 169978)
Miriam Khatiblou (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:dgrassgreen@pszjlaw.com
        mkhatiblou@pszjlaw.com

Attorneys for Kraft Foods, Inc.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 09-29162-D-11 |
| SK FOODS, L.P., a California Limited Partnership, | Chapter 11 |
| Debtor. | |
| In re: | |
| RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation, d/b/a Colusa County Canning Co., | |
| Debtor | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP, hereby appears as counsel for Kraft Foods, Inc., in the above-referenced case and hereby requests that notice of all matters which may come before the Court be given as follows:

Debra I. Grassgreen
Miriam P. Khatiblou
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4023
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email:    dgrassgreen@pszjlaw.com
          mkhatiblou@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  The foregoing request includes, without limitation, all notices, papers, orders, applications,

2  sales of real or personal property, complaints, demands, hearings, motions, petitions, pleadings or

3  requests, and any other documents brought before the Court in this case, whether formal or informal,

4  whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone,

5  telegraph, facsimile or otherwise.

6  Dated:    June 12, 2009                                    PACHULSKI STANG ZIEHL & JONES LLP

7

8                                                                     By    /s/ Debra Grassgreen
                                                                              Debra I. Grassgreen
9                                                                             Miriam Khatiblou
                                                                              Attorneys for Kraft Foods, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28