FILED
June 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001893085

JAMES E. GANZER (CSB #99293)
GANZER & WILLIAMS
1617 St. Mark's Plaza, Suite A
Post Office Box 7683
Stockton, California 95267
Telephone: (209) 476-1661
Facsimile: (209) 476-1674

Attorneys for Creditor
Antonini Enterprises, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re<br><br>SK FOODS, INC., a California limited partnership,<br><br>    Debtor. | Case No. 09-29162-D-11<br><br>REQUEST FOR SPECIAL NOTICE |
| In re<br><br>RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation dba Colusa County Canning, Co.,<br><br>    Debtor. | Case No. 09-29161-D-11<br><br>REQUEST FOR SPECIAL NOTICE |

PLEASE TAKE NOTICE that creditor Antonini Enterprises, LLC, ("Antonini") hereby requests that it receive notice of all pleadings and documents filed with the Bankruptcy Court in the above-captioned cases and mailed electronically or otherwise to its counsel of record, as follows:

///

///

Notice

| | Antonini Enterprises, LLC |
| --- | --- |
| 1 | c/o JAMES E. GANZER |
| 2 | P. O. Box 7683 |
| 3 | Stockton, CA 95267 |
| | 209-476-1661 |
| 4 | 209-476-1674 (facsimile) |
| | e-mail: jeganzer@aol.com |
| 5 | |

Antonini requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in these bankruptcy proceedings, including, but without limitation, all notices pursuant to the Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon its counsel of record, Ganzer & Williams.

DATED: June 15, 2009  JAMES E. GANZER
 GANZER & WILLIAMS


By: /s/ JAMES E. GANZER
 Attorneys for Creditor
 Antonini Enterprises, LLC

jd:Antonini.skfoods.RHM.sp.ntc

Notice