FILED
June 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001892379

**HEFNER, STARK & MAROIS, LLP**
Ronald S. Sargis (CA Bar Assn. No. 105173)
Thomas P. Griffin, Jr. (CA Bar Assn. No. 155133)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: tgriffin@hsmlaw.com

Co-Counsel for Creditor
General Mills, Inc.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>SK FOODS, L.P., a California limited partnership<br><br>Debtor, | Case No. 09-29162-D-11 |

## REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel for General Mills, Inc., a party in interest herein in the above-captioned Chapter 11 case, and pursuant to 11. U.S.C. § 1109(b) and the Bankruptcy Rules 2002 and 9007, hereby requests special notice of all matters which may come before the above-referenced Bankruptcy Court ("Court"), including without limitation, the notices and papers referred to in Bankruptcy Rules 2002, 4001 and 9007 and also including without limitation, all applications, complaints, demands, hearings, motions, objections, notices of orders, proposed orders, conformed copies of orders, petitions, pleadings, reports, requests, schedules and amended schedules, stipulations, plans and disclosure statements and any other document before the Court in these cases, whether formal or informal, whether written or oral, whether transmitted to conveyed by delivery, mail, messenger, overnight delivery, telecopier, telegraph, telephone, electronically, telex, or otherwise, and whether or not specifically provided for in the Bankruptcy Rules.

General Mills, Inc. requests that the following name and address be added to the master mailing matrix and any abbreviated service list:

Hefner, Stark & Marois, LLP
Ronald S. Sargis (CA Bar Assn. No. 105173)
Thomas P. Griffin, Jr. (CA Bar Assn. No. 155133)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883

Neither this notice of appearance and the request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of:

(a) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge.

(b) right to trial by jury in any proceedings as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution.

(c) right to have the reference of these matters withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

(d) other rights, claims, actions, defenses, setoffs, recoupments or other matters to which General Mills, Inc. is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto General Mills, Inc. without exception and with no purpose of confessing or conceding the jurisdiction or venue of the Court or venue of the cases in any way by this filing.

Dated: June 11, 2009

HEFNER, STARK & MAROIS, LLP

By _____
Thomas P. Griffin, Jr.
Co-Counsel for General Mills, Inc.

2