4 Pages
Debra I. Grassgreen (CA Bar No. 169978)
Miriam Khatiblou (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:dgrassgreen@pszjlaw.com
　　　　mkhatiblou@pszjlaw.com

Attorneys for Kraft Global Foods, Inc.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California Limited Partnership,<br><br>　　　　　　　　Debtor.<br><br>In re:<br><br>RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation, d/b/a Colusa County Canning Co.,<br><br>　　　　　　　　Debtor | Case No.: 09-29162-D-11<br><br>Chapter 11<br><br>DCN RAL- 21<br><br>Date:　June 19, 2009<br>Time:　10:00 AM<br>Place:　U. S. Bankruptcy Court<br>　　　　Courtroom 33, 6th Floor<br>　　　　501 I Street<br>　　　　Sacramento, CA<br>Judge:　Honorable Thomas C. Holman |

**CERTIFICATE OF SERVICE OF: (1)KRAFT FOODS' OBJECTION TO (1) DEBTORS' NOTICE OF CURE AMOUNTS FOR POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND (2) MOTION FOR AUTHORIZATION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (2) DECLARATION OF DARRELL J. GRAHAM; AND (3) EXHIBIT THERETO**

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On June 16, 2009, I caused to be served the

**KRAFT FOODS' OBJECTION TO (1) DEBTORS' NOTICE OF CURE AMOUNTS FOR POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND (2) MOTION FOR AUTHORIZATION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS;**

**DECLARATION OF DARRELL J. GRAHAM IN SUPPORT OF KRAFT FOODS' OBJECTION TO DEBTOR'S NOTICE OF CURE AMOUNTS FOR POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; AND**

**EXHIBIT A TO D TO DECLARATION OF DARRELL J. GRAHAM IN SUPPORT OF KRAFT FOODS' OBJECTION TO DEBTOR'S NOTICE OF CURE AMOUNTS FOR POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please See Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 16, 2009, at San Francisco, California.

/s/ Oliver Carpio
_____
Oliver Carpio, Legal Assistant

2

50184-001\DOCS_SF:65978.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Counsel to Debtor<br>Richard A. Lapping, Esq.<br>Winston & Strawn, LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111<br>Email: rlapping@winston.com | Chapter 11 Trustee<br>Bradley D. Sharp<br>Development Specialist, Inc.<br>333 South Grand Avenue, Ste. 3900<br>Los Angeles, CA 90071-1544<br>Email: bsharp@dsi.biz | **VIA MAIL**<br>**U.S. Trustee**<br>Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| --- | --- | --- |
| **VIA MAIL**<br>**U.S. Trustee**<br>Sara L. Kistler<br>Judith C. Hotze, Esq.<br>Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 | Official Committee of Unsecured Creditors<br>R. Dale Ginter, Esq.<br>Downey Brand LLP.<br>621 Capitol Mall 18th Fl<br>Sacramento, CA 95814<br>Email: dginter@downeybrand.com | Counsel to Debtor<br>Gregory C. Nuti, Esq.<br>Schnader Harrison Segal & Lewis LLP<br>One Montgomery Street<br>Suite 2200<br>San Francisco, CA 94104-5501<br>Email: gnuti@schnader.com |

**PARTIES REQUEST FOR SPECIAL NOTICE**

| Counsel for Bank of Montreal<br>Marc A. Levinson, Esq.<br>Jeffrey D. Hermann, Esq.<br>Stacy E. Don, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>400 Capitol Mall<br>Sacramento, CA 95814-4497<br>Email:  malevinson@orrick.com<br>           jhermann@orrick.com<br>           sdon@orrick.com | Counsel for Bank of Montreal<br>James E. Spiotto, Esq.<br>Ann Acker, Esq.<br>James Heiser, Esq.<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, IL 60603<br>Email:  spiotto@chapman.com<br>           acker@chapman.com<br>           heiser@chapman.com | Counsel for PACA Trust, et al.<br>Patricia J. Rynn, Esq.<br>Rynn & Janowsky LLP<br>4100 Newport Place Drive<br>Suite 700<br>Newport Beach, CA 92660<br>Email: pat@rjlaw.com |
| --- | --- | --- |
| Counsel for PACA Trust, et al.<br>Marion I. Queensbery, Esq.<br>Rynn & Janowsky LLP<br>P.O. Box 20799<br>Oakland, CA 94620<br>Telephone: (510) 705-8894<br>Email: marion@rjlaw.com | Counsel for Scott Salyer<br>Steven H. Felderstein, Esq.<br>Paul J. Pascuzzi, Esq.<br>Felderstein, Fitzgerald, Willoughby & Pascuzzi, LLP<br>400 Capitol Mall, Suite 14510<br>Sacramento, CA 95814<br>Email:  sfelderstein@ffwplaw.com<br>           ppascuzzi@ffwplaw.com | Counsel for Morning Star Packing Co. et al.<br>Julie E. Oelsner, Esq.<br>Dale C. Campbell, Esq.<br>James Kachmar, Esq.<br>W. Scott Cameron, Esq.<br>Weintraub Genshlea Chediak<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA 95814<br>Email:  joelsner@weintraub.com<br>           dcampbell@weintraub.com<br>           jkachmar@weintraub.com<br>           wcameron@weintraub.com |
| Counsel for Westlake Farms, Inc.<br>Deborah J. Saltzman, Esq.<br>DLA Piper LLP<br>550 South Hope Street, Ste. 2300<br>Los Angeles, CA 90071<br>Email: deborah.saltzman@dlapiper.com | Counsel for Westlake Farms, Inc.<br>Vincent J. Roldan, Esq.<br>DLA Piper LLP<br>1251 Avenues of the Americas<br>New York, NY 10020<br>Email vincent.roldan@dlapiper.com | Counsel for Westlake Farms, Inc.<br>Craig Tighe, Esq.<br>DLA Piper LLP<br>2000 University Avenue<br>Palo Alto, CA 94303-2215<br>Email: craig.tighe@dlapiper.com |

| **VIA MAIL**<br>**Creditor**<br>Michael Metcalf<br>Metcalf & Associates<br>PO Box 2148<br>1310 Hollenbeck Avenue, Ste. E<br>Sunnyvale, CA 94087 | **Counsel for Chase Equipment Finance, Inc.**<br>Brent C. Gardner, Esq.<br>Lewis & Roca LLP<br>40 North Central Avenue<br>Phoenix, AZ 85004-4429<br>*Email: bgardner@lrlaw.com* | **Counsel for Calchili Corporation et al.**<br>Effie F. Anastassiou, Esq.<br>Anastassiou & Associates<br>242 Capitol Street<br>Salinas, CA 93901<br>*Email: effieesq@salinasaglaw.com* |
|---|---|---|
| **Counsel for Diversified Foods and Seasonings, Inc.**<br>Eric B. Fastiff, Esq.<br>Lieff, Cabraser, Heiman & Bernstein, LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>*Email: efastiff@lchb.com* | **Counsel for General Mills, Inc.**<br>Samuel C. Wisotzkey, Esq.<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1059<br>*Email: swisotzkey@kmksc.com* | **Counsel for General Mills, Inc.**<br>Ronald S. Sargis, Esq.<br>Thomas P. Griffin, Jr., Esq.<br>Hefner, Stark & Marois, LLP<br>2150 River Plaza Drive, Ste. 450<br>Sacramento, CA 95833-3883<br>*Email: rsargis@hsmlaw.com*<br>*tgriffin@hsmlaw.com* |
| **Counsel for Creditor, Antonini Enterprises, LLC**<br>James E. Ganzer, Esq.<br>Ganzer & Williams<br>1617 St. Mark's Plaza, Ste. A<br>PO Box 7683<br>Stockton, CA 95267<br>*Email: jeganzer@aol.com* | | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA