FILED
July 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001959532

Paul W. Moncrief, Esq. #204239
JOHNSON & MONCRIEF, PLC
295 S. Main Street, Suite 600
Salinas, California 93901
Telephone: 831.759.0900
Facsimile: 831.759.0902

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>SK FOODS, L.P<br><br>    Debtor. | No. 09-29162<br><br>**REQUEST FOR NOTICE** |

Pursuant to Rule 2002(g), SS Farms, LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Paul W. Moncrief, Esq.
    **Johnson & Moncrief, PLC**
    295 S. Main Street, Ste 600
    Salinas CA 93901
    Tel: 831.759.0900
    Fax: 831.759.0902
    Email: paul@johnsonmoncrief.com

Dated: July 16, 2009

                          Johnson & Moncrief, PLC

                      By: *S/ Paul W. Moncrief*
                              Paul W. Moncrief
                              Attorneys for SSC Farms, III, LLC

# CERTIFICATE OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

1. Request for Notice

__XX__ **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____ **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____ **(BY OVERNIGHT DELIVERY)** By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

| | | |
|---|---|---|
| **Antonini Enterprises, LLC**<br>c/o James E. Ganzer<br>PO Box 7683<br>Stockton, CA 95267 | represented<br>by | **James E. Ganzer**<br>1617 St Mark's Plaza #A<br>PO Box 7683<br>Stockton, CA 95267-0683 |
| **B and G Foods, Inc.** | represented<br>by | **Robert S. Gebhard**<br>1 Market Plaza Steuart Tower<br>8th Fl<br>San Francisco, CA 94105 |
| **Ball Metal Food Container LLC** | represented<br>by | **Steven G. Polard**<br>1620 26th St 6th Fl<br>Santa Monica, CA 90404 |
| **Bank of Montreal** | represented<br>by | **Marc A. Levinson**<br>400 Capitol Mall #3000<br>Sacramento, CA 95814-4407 |
| **Bank of Montreal**<br>c/o Marc A. Levinson<br>400 Capitol Mall #3000<br>Sacramento, CA 95814-4497 | represented<br>by | **Marc A. Levinson**<br>400 Capitol Mall #3000<br>Sacramento, CA 95814-4407 |

2

| # | Party | | Representation |
|---|---|---|---|
| 1 | **Bank of Montreal**<br>c/o James E. Spiotto<br>111 W Monroe St<br>Chicago, IL 60603 | | |
| | **CAP-AL International**<br>c/o Marion I. Quesenbery<br>PO Box 20799<br>Oakland, CA 94620 | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| | **CAP-AL International**<br>c/o Patricia J. Rynn<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 | represented by | **Patricia J. Rynn**<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 |
| | **Calchili Corporation**<br>c/o Effie F. Anastassiou<br>242 Capitol St<br>PO Box 2210<br>Salinas, CA 93901 | represented by | **Effie Florence Anastassiou**<br>PO Box 2210<br>Salinas, CA 93902 |
| | **California Fruit and Tomato Kitchens, LLC**<br>c/o Julie E. Oelsner<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | **Julie E. Oelsner**<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |
| | **California Fruit and Tomato Kitchens, LLC**<br>c/o Dale C. Campbell<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | **Dale C. Campbell**<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |
| | **Channel Islands Trading, Inc.**<br>c/o Thomas R. Duffy<br>149 Bonifacio Pl<br>Monterey, CA 93940 | represented by | **Thomas R. Duffy**<br>149 Bonifacio Pl<br>Monterey, CA 93940 |
| | **Chase Equipment Finance, Inc.**<br>c/o Brent C. Gardner<br>40 N Central Ave<br>Phoenix, AZ 85004-4429 | represented by | **Brent C. Gardner**<br>40 N Central Ave<br>Phoenix, AZ 85004 |
| | **ConAgra Foods, Inc.** | represented by | **David F. Anderson**<br>PO Box 1397<br>Woodbridge, CA 95258-1397 |
| | **Constellation NewEnergy - Gas Division, LLC**<br>c/o Bruce Ruzinsky | represented by | **Bruce J. Ruzinsky**<br>1401 McKinney St #1900<br>Houston, TX 77010 |

| | | |
|---|---|---|
| 1401 McKinney St #1900<br>Houston, TX 77010 | | |
| **Constellation NewEnergy - Gas Division, LLC**<br>c/o Heather M. Forrest<br>901 Main St #6000<br>Dallas, TX 75202 | | |
| **Ed Curry**<br>c/o Effie F. Anastassiou<br>242 Capitol St<br>PO Box 2210<br>Salinas, CA 93901 | represented by | **Effie Florence Anastassiou**<br>PO Box 2210<br>Salinas, CA 93902 |
| **Diamond Fruit and Vegetable Distributors, Inc.** | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| **Diversified Foods and Seasonings, Inc.**<br>c/o Eric B. Fastiff<br>275 Battery St<br>San Francisco, CA 94111 | represented by | **Eric B. Fastiff**<br>275 Battery St<br>San Francisco, CA 94111-3339 |
| **First Insurance Funding Corp.** | represented by | **Carmela T. Pagay**<br>1888 Century Park E #1500<br>Los Angeles, CA 90067 |
| **General Mills Operations, Inc.** | represented by | **Thomas P. Griffin, Jr.**<br>2150 River Plaza Dr #450<br>Sacramento, CA 95833-3883 |
| **General Mills, Inc.**<br>Attn: Samuel C. Wisotzkey<br>4650 N Port Washington Rd<br>Milwaukee, WI 53212-1059 | represented by | **Samuel C. Wisotzkey**<br>4650 N Port Washington Rd<br>Milwaukee, WI 53212 |
| **General Mills, Inc.**<br>c/o Thomas P. Griffin, Jr.<br>2150 River Plaza Dr #450<br>Sacramento, CA 95833-3883 | represented by | **Thomas P. Griffin, Jr.**<br>2150 River Plaza Dr #450<br>Sacramento, CA 95833-3883 |
| **Gills Onions, LLC** | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| **Higueral Produce, S.A. de C.V.**<br>*Added: 06/17/2009*<br>*(Creditor)* | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |

| # | Party | | Representation |
|---|---|---|---|
| 1 | **IKON Financial Services** | | |
| 2 | Bankruptcy Administration | | |
| | 1738 Bass Rd | | |
| 3 | PO Box 13708 | | |
| | Macon, GA 31208-3708 | | |
| 4 | | | |
| 5 | **Sara L. Kistler** | represented by | **Judith C. Hotze** |
| | | | 501 I St #7-500 |
| 6 | | | Sacramento, CA 95814 |
| 7 | **Kraft Foods, Inc.** | | **Debra Grassgreen** |
| | c/o Debra I. Grassgreen | represented by | 150 California St 15th Fl |
| 8 | 150 California St 15th Fl | | San Francisco, CA 94111 |
| | San Francisco, CA 94111-4500 | | |
| 9 | | | |
| | **Kraft Foods, Inc.** | | **Miriam Khatiblou** |
| 10 | c/o Miriam P. Khatiblou | represented by | 150 California St 15th Fl |
| | 150 California St 15th Fl | | San Francisco, CA 94111-4500 |
| 11 | San Francisco, CA 94111-4500 | | |
| 12 | **Kraft Global Foods, Inc.** | | **Debra Grassgreen** |
| | | represented by | 150 California St 15th Fl |
| 13 | | | San Francisco, CA 94111 |
| 14 | | | |
| | **Richard A. Lapping** | | |
| 15 | 2 Embarcadero Center #2100 | | |
| | San Francisco, CA 94111 | | |
| 16 | | | |
| | **Liberty Packing Company, LLC** | | **Julie E. Oelsner** |
| 17 | c/o Julie E. Oelsner | represented by | 400 Capitol Mall 11th Fl |
| | 400 Capitol Mall 11th Fl | | Sacramento, CA 95814 |
| 18 | Sacramento, CA 95814 | | |
| 19 | **Liberty Packing Company, LLC** | | **Dale C. Campbell** |
| | c/o Dale C. Campbell | represented by | 400 Capitol Mall 11th Fl |
| 20 | 400 Capitol Mall 11th Fl | | Sacramento, CA 95814 |
| 21 | Sacramento, CA 95814 | | |
| 22 | **Metcalf and Associates** | | |
| | 1310 Hollenbeck Ave #E | | |
| 23 | PO Box 2148 | | |
| | Sunnyvale, CA 94087 | | |
| 24 | | | |
| 25 | **Odenburg Engineering, Inc.** | | **Donna T. Parkinson** |
| | c/o Donna T. Parkinson | represented by | 400 Capitol Mall 11th Fl |
| 26 | 400 Capitol Mall 11th Fl | | Sacramento, CA 95814 |
| | Sacramento, CA 95814 | | |
| 27 | | | |

| | | |
|---|---|---|
| **Office of the U.S. Trustee**<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 | | |
| **Official Committee of Unsecured Creditors**<br>c/o R. Dale Ginter<br>621 Capitol Mall 18th Fl<br>Sacramento, CA 95814 | represented by | **R. Dale Ginter**<br>621 Capitol Mall 18th Fl<br>Sacramento, CA 95814-4731 |
| **PACA Trust** | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| **RJMS Corp.**<br>c/o Alan E. Ramos<br>700 Ygnacio Valley Rd #220<br>Walnut Creek, CA 94596 | represented by | **Alan E. Ramos**<br>700 Ygnacio Valley Rd #220<br>Walnut Creek, CA 94596-3859 |
| **River Point Farms, LLC** | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| **SK Foods, L.P.**<br>21 Lower Ragsdale<br>Monterey, CA 93940 | represented by | **Richard A. Lapping**<br>101 California St #3900<br>San Francisco, CA 94111 |
| **SS Farming, LLC** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 |
| **SS Farms I, LL** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 |
| **SS Farms, LLC** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 |
| **SSC Farming, LLC** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 |
| **SSC Farms I, LLC** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 |
| **SSC Farms II, LLC** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 |

| | | | |
|---|---|---|---|
| Salinas Valley Memorial Healthcare System | represented by | Gary R. Ray<br>17 E Gabilan St<br>Salinas, CA 93901 | |
| Scott Salyer<br>c/o Steven H. Felderstein<br>400 Capitol Mall #1450<br>Sacramento, CA 95814 | represented by | Steven H. Felderstein<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 | |
| | | Paul J. Pascuzzi<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 | |
| Scott Salyer Revocable Trust | represented by | Steven H. Felderstein<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 | |
| | | Paul J. Pascuzzi<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 | |
| Select Onion, LLC<br>c/o Marion I. Quesenbery<br>PO Box 20799<br>Oakland, CA 94620 | represented by | Marion I. Quesenbery<br>PO Box 20799<br>Oakland, CA 94620 | |
| Select Onion, LLC<br>c/o Patricia J. Rynn<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 | represented by | Patricia J. Rynn<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 | |
| Bradley D. Sharp<br>333 S Grand Ave #4070<br>Los Angeles, CA 90071-1544 | | | |
| The Morning Star Company<br>c/o Julie E. Oelsner<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | Julie E. Oelsner<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | |
| The Morning Star Company<br>c/o Dale C. Campbell<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | Dale C. Campbell<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | |
| The Morning Star Packing Company<br>c/o Julie E. Oelsner<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | Julie E. Oelsner<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | |
| | represented | Dale C. Campbell | |

| # | Party | | Representation |
|---|---|---|---|
| 1 | **The Morning Star Packing Company**<br>c/o Dale C. Campbell<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | by | 400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |
| 4 | **Uesugi Farms, Inc.**<br>c/o Marion I. Quesenbery<br>PO Box 20799<br>Oakland, CA 94620 | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| 7 | **Uesugi Farms, Inc.**<br>c/o Patricia J. Rynn<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 | represented by | **Patricia J. Rynn**<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 |
| 10 | **V.P., Inc.**<br>c/o Rene Lastreto, II<br>5200 N Palm #401<br>Fresno, CA 93704 | represented by | **Rene Lastreto, II**<br>PO Box 40012<br>Fresno, CA 93755-0012 |
| 12 | **Riley C. Walter**<br>7110 N Fresno St #400<br>Fresno, CA 93720 | represented by | **Riley C. Walter**<br>7110 N Fresno St #400<br>Fresno, CA 93720 |
| 15 | **Westlake Farms, Inc.**<br>c/o Craig Tighe<br>2000 University Ave<br>East Palo Alto, CA 94303-2215 | represented by | **Deborah J. Saltzman**<br>550 S Hope St #2300<br>Los Angeles, CA 90071 |
| 17 | **Westlake Farms, Inc.**<br>c/o Vincent J. Roldan<br>1251 Avenue of the Americas<br>New York, NY 10020 | represented by | **Vincent J. Roldan**<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| 20 | **Winchester Grain Company**<br>c/o Effie F. Anastassiou<br>242 Capitol St<br>PO Box 2210<br>Salinas, CA 93901 | represented by | **Effie Florence Anastassiou**<br>PO Box 2210<br>Salinas, CA 93902 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 16, 2009, in Salinas, California.

/S/
Kelli Stokes