**FILED**

**July 16, 2009**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001959536

Paul W. Moncrief, Esq. #204239
**JOHNSON & MONCRIEF, PLC**
295 S. Main Street, Suite 600
Salinas, California 93901
Telephone: 831.759.0900
Facsimile: 831.759.0902

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | ) No. 09-29162 |
| | ) |
| SK FOODS, L.P | ) **REQUEST FOR NOTICE** |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

Pursuant to Rule 2002(g), SSC Farms, III, LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Paul W. Moncrief, Esq.
**Johnson & Moncrief, PLC**
295 S. Main Street, Ste 600
Salinas CA 93901
Tel: 831.759.0900
Fax: 831.759.0902
Email: paul@johnsonmoncrief.com

Dated: July 16, 2009

Johnson & Moncrief, PLC

By: _S/ Paul W. Moncrief_____
Paul W. Moncrief
Attorneys for SSC Farms, III, LLC

1

# CERTIFICATE OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

1. Request for Notice

XX **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____ **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____ **(BY OVERNIGHT DELIVERY)** By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

| | | |
|---|---|---|
| **Antonini Enterprises, LLC**<br>c/o James E. Ganzer<br>PO Box 7683<br>Stockton, CA 95267 | represented by | **James E. Ganzer**<br>1617 St Mark's Plaza #A<br>PO Box 7683<br>Stockton, CA 95267-0683 |
| **B and G Foods, Inc.** | represented by | **Robert S. Gebhard**<br>1 Market Plaza Steuart Tower<br>8th Fl<br>San Francisco, CA 94105 |
| **Ball Metal Food Container LLC** | represented by | **Steven G. Polard**<br>1620 26th St 6th Fl<br>Santa Monica, CA 90404 |
| **Bank of Montreal** | represented by | **Marc A. Levinson**<br>400 Capitol Mall #3000<br>Sacramento, CA 95814-4407 |
| **Bank of Montreal**<br>c/o Marc A. Levinson<br>400 Capitol Mall #3000<br>Sacramento, CA 95814-4497 | represented by | **Marc A. Levinson**<br>400 Capitol Mall #3000<br>Sacramento, CA 95814-4407 |

| | | |
|---|---|---|
| **Bank of Montreal**<br>c/o James E. Spiotto<br>111 W Monroe St<br>Chicago, IL 60603 | | |
| **CAP-AL International**<br>c/o Marion I. Quesenbery<br>PO Box 20799<br>Oakland, CA 94620 | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| **CAP-AL International**<br>c/o Patricia J. Rynn<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 | represented by | **Patricia J. Rynn**<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 |
| **Calchili Corporation**<br>c/o Effie F. Anastassiou<br>242 Capitol St<br>PO Box 2210<br>Salinas, CA 93901 | represented by | **Effie Florence Anastassiou**<br>PO Box 2210<br>Salinas, CA 93902 |
| **California Fruit and Tomato Kitchens, LLC**<br>c/o Julie E. Oelsner<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | **Julie E. Oelsner**<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |
| **California Fruit and Tomato Kitchens, LLC**<br>c/o Dale C. Campbell<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | **Dale C. Campbell**<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |
| **Channel Islands Trading, Inc.**<br>c/o Thomas R. Duffy<br>149 Bonifacio Pl<br>Monterey, CA 93940 | represented by | **Thomas R. Duffy**<br>149 Bonifacio Pl<br>Monterey, CA 93940 |
| **Chase Equipment Finance, Inc.**<br>c/o Brent C. Gardner<br>40 N Central Ave<br>Phoenix, AZ 85004-4429 | represented by | **Brent C. Gardner**<br>40 N Central Ave<br>Phoenix, AZ 85004 |
| **ConAgra Foods, Inc.** | represented by | **David F. Anderson**<br>PO Box 1397<br>Woodbridge, CA 95258-1397 |
| **Constellation NewEnergy - Gas Division, LLC**<br>c/o Bruce Ruzinsky | represented by | **Bruce J. Ruzinsky**<br>1401 McKinney St #1900<br>Houston, TX 77010 |

1401 McKinney St #1900
Houston, TX 77010

**Constellation NewEnergy - Gas Division, LLC**
c/o Heather M. Forrest
901 Main St #6000
Dallas, TX 75202

| | | |
|---|---|---|
| **Ed Curry**<br>c/o Effie F. Anastassiou<br>242 Capitol St<br>PO Box 2210<br>Salinas, CA 93901 | represented by | **Effie Florence Anastassiou**<br>PO Box 2210<br>Salinas, CA 93902 |
| **Diamond Fruit and Vegetable Distributors, Inc.** | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| **Diversified Foods and Seasonings, Inc.**<br>c/o Eric B. Fastiff<br>275 Battery St<br>San Francisco, CA 94111 | represented by | **Eric B. Fastiff**<br>275 Battery St<br>San Francisco, CA 94111-3339 |
| **First Insurance Funding Corp.** | represented by | **Carmela T. Pagay**<br>1888 Century Park E #1500<br>Los Angeles, CA 90067 |
| **General Mills Operations, Inc.** | represented by | **Thomas P. Griffin, Jr.**<br>2150 River Plaza Dr #450<br>Sacramento, CA 95833-3883 |
| **General Mills, Inc.**<br>Attn: Samuel C. Wisotzkey<br>4650 N Port Washington Rd<br>Milwaukee, WI 53212-1059 | represented by | **Samuel C. Wisotzkey**<br>4650 N Port Washington Rd<br>Milwaukee, WI 53212 |
| **General Mills, Inc.**<br>c/o Thomas P. Griffin, Jr.<br>2150 River Plaza Dr #450<br>Sacramento, CA 95833-3883 | represented by | **Thomas P. Griffin, Jr.**<br>2150 River Plaza Dr #450<br>Sacramento, CA 95833-3883 |
| **Gills Onions, LLC** | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| **Higueral Produce, S.A. de C.V.**<br>*Added: 06/17/2009*<br>*(Creditor)* | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |

**IKON Financial Services**
Bankruptcy Administration
1738 Bass Rd
PO Box 13708
Macon, GA 31208-3708

| | | |
|---|---|---|
| **Sara L. Kistler** | represented by | **Judith C. Hotze**<br>501 I St #7-500<br>Sacramento, CA 95814 |
| **Kraft Foods, Inc.**<br>c/o Debra I. Grassgreen<br>150 California St 15th Fl<br>San Francisco, CA 94111-4500 | represented by | **Debra Grassgreen**<br>150 California St 15th Fl<br>San Francisco, CA 94111 |
| **Kraft Foods, Inc.**<br>c/o Miriam P. Khatiblou<br>150 California St 15th Fl<br>San Francisco, CA 94111-4500 | represented by | **Miriam Khatiblou**<br>150 California St 15th Fl<br>San Francisco, CA 94111-4500 |
| **Kraft Global Foods, Inc.** | represented by | **Debra Grassgreen**<br>150 California St 15th Fl<br>San Francisco, CA 94111 |

**Richard A. Lapping**
2 Embarcadero Center #2100
San Francisco, CA 94111

| | | |
|---|---|---|
| **Liberty Packing Company, LLC**<br>c/o Julie E. Oelsner<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | **Julie E. Oelsner**<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |
| **Liberty Packing Company, LLC**<br>c/o Dale C. Campbell<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | **Dale C. Campbell**<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |

**Metcalf and Associates**
1310 Hollenbeck Ave #E
PO Box 2148
Sunnyvale, CA 94087

| | | |
|---|---|---|
| **Odenburg Engineering, Inc.**<br>c/o Donna T. Parkinson<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | **Donna T. Parkinson**<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |

| | | | |
|---|---|---|---|
| **Office of the U.S. Trustee**<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 | | | |
| **Official Committee of Unsecured Creditors**<br>c/o R. Dale Ginter<br>621 Capitol Mall 18th Fl<br>Sacramento, CA 95814 | represented by | **R. Dale Ginter**<br>621 Capitol Mall 18th Fl<br>Sacramento, CA 95814-4731 | |
| **PACA Trust** | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 | |
| **RJMS Corp.**<br>c/o Alan E. Ramos<br>700 Ygnacio Valley Rd #220<br>Walnut Creek, CA 94596 | represented by | **Alan E. Ramos**<br>700 Ygnacio Valley Rd #220<br>Walnut Creek, CA 94596-3859 | |
| **River Point Farms, LLC** | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 | |
| **SK Foods, L.P.**<br>21 Lower Ragsdale<br>Monterey, CA 93940 | represented by | **Richard A. Lapping**<br>101 California St #3900<br>San Francisco, CA 94111 | |
| **SS Farming, LLC** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 | |
| **SS Farms I, LL** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 | |
| **SS Farms, LLC** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 | |
| **SSC Farming, LLC** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 | |
| **SSC Farms I, LLC** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 | |
| **SSC Farms II, LLC** | represented by | **Donald J. Putterman**<br>101 California St #2050<br>San Francisco, CA 94111 | |

| | | |
|---|---|---|
| **Salinas Valley Memorial Healthcare System** | represented by | **Gary R. Ray**<br>17 E Gabilan St<br>Salinas, CA 93901 |
| **Scott Salyer**<br>c/o Steven H. Felderstein<br>400 Capitol Mall #1450<br>Sacramento, CA 95814 | represented by | **Steven H. Felderstein**<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 |
| | | **Paul J. Pascuzzi**<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 |
| **Scott Salyer Revocable Trust** | represented by | **Steven H. Felderstein**<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 |
| | | **Paul J. Pascuzzi**<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 |
| **Select Onion, LLC**<br>c/o Marion I. Quesenbery<br>PO Box 20799<br>Oakland, CA 94620 | represented by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| **Select Onion, LLC**<br>c/o Patricia J. Rynn<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 | represented by | **Patricia J. Rynn**<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 |
| **Bradley D. Sharp**<br>333 S Grand Ave #4070<br>Los Angeles, CA 90071-1544 | | |
| **The Morning Star Company**<br>c/o Julie E. Oelsner<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | **Julie E. Oelsner**<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |
| **The Morning Star Company**<br>c/o Dale C. Campbell<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | **Dale C. Campbell**<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |
| **The Morning Star Packing Company**<br>c/o Julie E. Oelsner<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | represented by | **Julie E. Oelsner**<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |
| | represented | **Dale C. Campbell** |

| | | |
|---|---|---|
| **The Morning Star Packing Company**<br>c/o Dale C. Campbell<br>400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 | by | 400 Capitol Mall 11th Fl<br>Sacramento, CA 95814 |
| **Uesugi Farms, Inc.**<br>c/o Marion I. Quesenbery<br>PO Box 20799<br>Oakland, CA 94620 | represented<br>by | **Marion I. Quesenbery**<br>PO Box 20799<br>Oakland, CA 94620 |
| **Uesugi Farms, Inc.**<br>c/o Patricia J. Rynn<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 | represented<br>by | **Patricia J. Rynn**<br>4100 Newport Place Dr #700<br>Newport Beach, CA 92660 |
| **V.P., Inc.**<br>c/o Rene Lastreto, II<br>5200 N Palm #401<br>Fresno, CA 93704 | represented<br>by | **Rene Lastreto, II**<br>PO Box 40012<br>Fresno, CA 93755-0012 |
| **Riley C. Walter**<br>7110 N Fresno St #400<br>Fresno, CA 93720 | represented<br>by | **Riley C. Walter**<br>7110 N Fresno St #400<br>Fresno, CA 93720 |
| **Westlake Farms, Inc.**<br>c/o Craig Tighe<br>2000 University Ave<br>East Palo Alto, CA 94303-2215 | represented<br>by | **Deborah J. Saltzman**<br>550 S Hope St #2300<br>Los Angeles, CA 90071 |
| **Westlake Farms, Inc.**<br>c/o Vincent J. Roldan<br>1251 Avenue of the Americas<br>New York, NY 10020 | represented<br>by | **Vincent J. Roldan**<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| **Winchester Grain Company**<br>c/o Effie F. Anastassiou<br>242 Capitol St<br>PO Box 2210<br>Salinas, CA 93901 | represented<br>by | **Effie Florence Anastassiou**<br>PO Box 2210<br>Salinas, CA 93902 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on  July 16, 2009, in Salinas, California.

/S/
Kelli Stokes