FILED
July 17, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001962384

STEVEN S. ALTMAN (State Bar No. 63824)
STEVEN ALTMAN, PC
Attorney at Law
1127-12th Street, Suite 203
Modesto, California 95354
(209) 521-7255
(209) 577-8390
email: altman@altmanattorney.com

Attorney for Creditor
J.M. Equipment Company, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

In re:

SK FOODS, L.P.,

Debtor.
_____/

Case No. 09-29162

Chapter 11 Case

## CREDITOR AND INTERESTED PARTYS' REQUEST FOR SPECIAL NOTICE AND NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 2002(i), J.M. EQUIPMENT COMPANY, INC., (hereinafter "Creditor"), in the above-captioned case, hereby requests special notice of all pleadings, motions, applications, and other documents and papers pertaining to the above-captioned case, or any adversary proceeding, contested or uncontested matter therein, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, any creditors committee, the debtors or other parties in interest;

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 2002(g), the following Creditors be added to the Court's Master Mailing List:

| | |
|---|---|
| 1 | **2** |
| 2 | ***Attorney for Creditor JM Equipment Co., Inc.***<br>Steven S. Altman, Esq. |
| 3 | **Attention: Jim Darwin**<br>1127-12th Street, Suite 203 |
| 4 | Modesto, CA 95354 |
| 5 | JM Equipment Company, Inc.<br>**Attention: Jim Darwin** |
| 6 | 819 S. Ninth Street<br>Modesto, CA 95351 |
| 7 | |
| 8 | JM Equipment Company, Inc.<br>FILE NO. 73299<br>PO Box 60000 |
| 9 | San Francisco CA 94160 |
| 10 | PLEASE TAKE NOTICE that Steven Altman, PC enters its appearance on behalf of Creditor |
| 11 | in the above referenced matter pursuant to Federal Rule of Bankruptcy Procedure 9010(b). |
| 12 | |
| 13 | Dated: July 17, 2009 |
| 14 | |
| 15 | By: _____<br>STEVEN S. ALTMAN |
| 16 | Attorney for Creditor<br>JM Equipment Co., Inc. |

REQUEST FOR SPECIAL NOTICE         2