FILED
July 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001974435

**3 PAGES**

Philip J. Giacinti, Jr. (Bar No. 065909)
PROCOPIO, CORY, HARGREAVES &
 SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Sky Park 200, LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SK Foods, LP,<br><br>　　　　Debtor | Case No.: 09-29162<br><br>Chapter 11<br><br>DC No.: PJG-2<br><br>**REQUEST FOR DUPLICATE NOTICE**<br><br>[NO HEARING REQUIRED]<br><br>Dept: D<br>Judge: Honorable Robert S. Bardwil |

TO:　　THE HONORABLE U. S. BANKRUPTCY JUDGE, DEBTOR, ALL INTERESTED PARTIES AND DEBTOR'S COUNSEL:

　　**PLEASE TAKE NOTICE** that Sky Park 200, LLC, requests that notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings and notices under Fed. R. Bankr. P. 2002, be served on the following:

　　Peter E. von Elten
　　CVM Law Group, LLP
　　8795 Folsom Blvd., Suite 200
　　Sacramento, CA 95826

- 1 -
REQUEST FOR DUPLICATE NOTICE

and a duplicate copy to:

> Philip J. Giacinti, Jr., Esq.
> PROCOPIO, CORY, HARGREAVES &
>   SAVITCH LLP
> 530 B Street, Suite 300
> San Diego, CA 92101

In addition, Sky Park 200, LLC requests that it be added to the Master Mailing List in this case.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of Sky Park 200, LLC:

a. Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States Bankruptcy Court Judge;

b. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute of the United States Constitution;

c. Right to have the reference of this matter withdrawn by the United States Bankruptcy Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

REQUEST FOR DUPLICATE NOTICE

116853/000001/1077310.01

1        All of the above rights are expressly reserved and preserved unto Sky Park 200, LLC

2    without exception and with no purpose of confessing or conceding jurisdiction in any way by this

3    filing or by any other participation.

4    DATED: July 23, 2009         PROCOPIO, CORY, HARGREAVES &
                                 SAVITCH LLP

5

6

7                                By:  /s/ Philip J. Giacinti, Jr.
                                 Philip J. Giacinti, Jr.

8                                   Attorneys for Sky Park 200, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

REQUEST FOR DUPLICATE NOTICE