PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR
Jenny McMurtry, Deputy Tax Collector
2976 Richardson Drive
Auburn, California 95603
Telephone Number: (530) 889-4129
Facsimile Number: (530) 889-4123

FILED
AUG 17 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: SK Foods LP ) Case No.: 09-29162-D-11
)
) REQUEST FOR SPECIAL NOTICE
) FILED BY PLACER COUNTY OFFICE OF
) THE TREASURER-TAX COLLECTOR
)
Debtor(s) )
)
)
_____)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Placer, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest as shown on the attached service list.

Dated: August 12, 2009        Placer County Treasurer-Tax Collector's Office

By_____
Jenny McMurtry, Deputy Tax Collector
For the County of Placer

1

1                     DECLARATION OF PROOF OF SERVICE

2     I, Laura Heckman, declare:

3     I am a citizen of the United States and am employed in the County of Placer. I am over the age of eighteen (18) years and not a party to the within-entitled action. My business address is 2976 Richardson Dr., Auburn, California.

5     On 8/14/09 I served the within documents:

6     **REQUEST FOR SPECIAL NOTICE and PROOF OF CLAIM**

7   _XX_   by mail on the following party(ies) in said action, in accordance with Code of Civil Procedure Section 1013(a), by placing a true copy thereof enclosed in a sealed envelope and placing it in a designated area for outgoing mail, addressed as follows: "SEE ATTACHED". I am readily familiar with the practice of this office with respect to collection and processing of documents for mailing. On the same day that correspondence is placed for collection and mailing at Auburn, California, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    ____ by facsimile transmission: I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

    ____ personally delivering a true copy thereof, in accordance with Code of Civil Procedure section 1011, to the person(s) and at the address(es) set forth below.

    ____ by overnight delivery on the following party(ies) in said action, in accordance with Code of Civil Procedure section 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on 8/14/09, at Auburn, California.

*L. Heckman*

| | |
|---|---|
| 1 | U.S. Bankruptcy Court<br>Eastern Dist. of Calif., Sacramento Division<br>501 "I" Street, Suite 3-200<br>Sacramento, CA 95814-2322 |
| 2 | |
| 3 | |
| 4 | Richard A Lapping<br>101 California St #3900<br>San Francisco, CA 94111 |
| 5 | |
| 6 | |
| 7 | Bradley D Sharp<br>333 S Grand Ave #4070<br>Los Angeles, CA 90071-1544 |
| 8 | |
| 9 | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 "I" Street, Room 7-500<br>Sacramento, CA 95814 |
| 10 | |