HEFNER, STARK & MAROIS, LLP
Ronald S. Sargis (CA Bar Assn. No. 105173)
Thomas P. Griffin, Jr. (CA Bar Assn. No. 155133)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: tgriffin@hsmlaw.com

Co-Counsel for Creditor
General Mills, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re<br><br>SK FOODS, L.P., a California limited partnership<br><br>Debtor, | Case No. 09-29162-D-11 |

## NOTICE OF WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that the undersigned, co-counsel for General Mills, Inc. in this Chapter 11 case, hereby withdrawals its request for special notice in this case.

Dated: August 25, 2009

HEFNER, STARK & MAROIS, LLP

By /s/ Thomas P. Griffin
Thomas P. Griffin, Jr.
Co-Counsel for General Mills, Inc.

FILED
August 26, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002047209