**2 Pages**
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Donald J. Putterman (SBN 90822)
dputterman@kasowitz.com
Brian P. Brosnahan (SBN 112894)
bbrosnahan@kasowitz.com
Jacob N. Foster (SBN 250785)
jfoster@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for:
BLACKSTONE RANCH CORPORATION,
MONTEREY PENINSULA FARMS, LLC
SALYER MANAGEMENT COMPANY, LLC
SS FARMS, LLC, SSC FARMING, LLC
SSC FARMING I, LLC, SSC FARMING II, LLC
AND SSC FARMS III, LLC

FILED September 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002106708

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | Case No: 09-29162-D-11 |
| SK FOODS, L.P., a California limited partnership, | Chapter 11 |
| Debtor, | |

## NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and (i), and Federal Rule of Bankruptcy Procedure 3017(a), the undersigned counsel for Blackstone Ranch Corporation; Monterey Peninsula Farms, LLC; Salyer Management Company; LLC, SS Farms; LLC, SSC Farming, LLC; SSC Farming I, LLC; SSC Farming II, LLC; and SSC Farms III, LLC, parties in interest in the above-captioned bankruptcy case, hereby request all matters which must be noticed to creditors, any creditors' committee or other parties in interest [Rules 2002(a), (b) and (c)], whether sent by the Court, the Debtors, or any other party in this

matter, and requests that copies of any plan or disclosure statement [Rule 3017], be sent to the persons at the addresses set forth below:

Donald J. Putterman
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050
San Francisco, CA 94111
Tel: (415) 421-4160
Fax: (415) 398-0530
dputterman@kasowitz.co

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices of any plan, disclosure statement, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affects, or seek to affect, in any way the interest of the interested parties, creditors, the Debtors' interest, the rights or interests of the Official Committee of Unsecured Creditors, or any other person's or entity's right or interest to the estate.

DATED: September 23, 2009

KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: /s/ Donald J. Putterman
　　　Donald J. Putterman
Attorneys for:
BLACKSTONE RANCH CORPORATION,
MONTEREY PENINSULA FARMS, LLC
SALYER MANAGEMENT COMPANY, LLC
SS FARMS, LLC, SSC FARMING, LLC
SSC FARMING I, LLC, SSC FARMING II, LLC
and SSC FARMS III, LLC