2009-29162
FILED
October 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002127840

**2 Pages**

Gregory C. Nuti (151754)
E-Mail: gnuti@schnader.com
Kevin W. Coleman (168538)
E-Mail: kcoleman@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Bradley Sharp,
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**SK FOODS, L.P., a California limited partnership, et al.,**<br><br>Debtors. | Case No. 09-29162-D-11<br><br>Chapter 11<br><br>DC No: SH-14<br><br>Case No. 09-29161-D-11 |
| In re :<br><br>RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation, d/b/a Colusa County Canning Co.,<br><br>Debtor. | Chapter 11<br><br>DC No.: SH-14<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF EMPLOYEE INCENTIVE PLAN, CONSULTING AGREEMENTS, EMPLOYMENT AGREEMENT AND RELATED PAYMENTS PURSUANT TO 11 U.S.C. §363**<br><br>**Date:** September 2, 2009<br>**Time:** 10:00 am<br>**Judge:** Hon. Robert. S. Bardwil<br>**Location:** 501 I Street, Dept. 54<br>Sacramento, CA |

The Chapter 11 Trustee's Motion for Approval of Employee Incentive Plan,

Consulting Agreements, Employment Agreement and Related Payments Pursuant to 11 U.S.C. §

363 ("Motion") came duly on for hearing at the above noted date and time. Kevin W. Coleman

of Schnader Harrison Segal & Lewis LLP appeared on behalf of the Trustee. Other appearances

RECEIVED
October 01, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002127840

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

1  are as noted on the record.  Upon due consideration of the Motion, the supporting declaration of

2  Bradley D. Sharp, and the arguments of counsel at the hearing, the Court finds that notice of the

3  Motion is appropriate under LBR 9014-1(f)(2), and for good cause appearing

4             IT IS HEREBY ORDERED that:

5        1.      The Motion is GRANTED.

6        2.      The Incentive Plan, the Consulting Agreements, and the Employment Agreement

7  (as those terms are respectively defined in the Motion) are approved.

8        3.      The Trustee is authorized to make the payments to the counter-parties subject to

9  and in accordance with the terms and conditions of the Incentive Plan, the Consulting

10  Agreements, and the Employment Agreement.

11       4.      The payments made by the Trustee to the counter-parties under the Incentive

12  Plan, the Consulting Agreements, and the Employment Agreement constitute payments made

13  under a Key Employee Incentive Plan ("KEIP").

14       5.      The Trustee shall provide Chase Equipment Finance, Inc. with an accounting of

15  the expenses referred to in Paragraph 3 of that certain Agreement re Purchase of Equipment and

16  Allocation of Proceeds of Sale dated as of June 19, 2009, promptly after those expenses have

17  been fixed.
    Dated:  October 03, 2009

18

19

20                                         _____
                                           Robert S. Bardwil, Judge
21                                         United States Bankruptcy Court

22

23  By: /s/ Brent C. Gardner
          Brent C. Gardner
24        Attorneys for Chase Equipment Finance, Inc.

25

    CHAPMAN & CUTLER LLP
26

27
    By: /s/ James E. Spiotto
28        James E. Spiotto
          Attorneys for Bank of Montreal