2009-29162
FILED
October 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002155052

**4 PAGES**

Gregory C. Nuti (CSBN 151754)
Kevin W. Coleman (CSBN 168538)
Melissa S. Lor (CSBN 245515)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785
gnuti@schnader.com
kcoleman@schnader.com
mlor@schnader.com

Attorneys for Bradley D. Sharp,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California limited partnership,<br><br>Debtor. | **Case No. 09-29162-D-11**<br><br>Chapter 11<br><br>**DC No. SH-26** |
| In re :<br><br>RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation, d/b/a Colusa County Canning Co.,<br><br>Debtor. | **Case No. 09-29161-D-11**<br><br>Chapter 11<br><br>**DC No. SH-26**<br><br>**ORDER APPROVING SALE OF ASSETS OF THE ESTATE PURSUANT TO 11 U.S.C. § 363(b)**<br><br>Date: October 14, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 34<br>      501 I Street, 6th Floor<br>      Sacramento, CA<br>Judge: Hon. Robert Bardwil |

RECEIVED
October 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002155052

At the date, time, and place set forth above, the Court considered the Trustee's Motion to Approve Sale of Assets of the Estate Pursuant to 11 U.S.C. § 363(b) [Docket No. 49] (the "Motion") and supporting documents, filed by Bradley D. Sharp (the "Trustee"), the duly appointed and acting chapter 11 trustee for SK Foods, L.P., a California limited partnership, and RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co. (collectively, the "Debtors"). Appearances were made orally on the record.

By Court permission, a phone auction to sell certain furniture and equipment of the estate located at 21 Lower Ragsdale, Monterey, CA (the "Monterey Office") was conducted at 2:00 p.m. on October 14, 2009. The opening bid for the furniture and equipment was $37,860.00.

The Court has considered the Motion, the Memorandum of Points and Authorities filed in support thereof, the Declaration of Bradley D. Sharp filed in support thereof, and the statements of counsel and interested parties at the hearing. Based upon the foregoing:

**IT IS ORDERED** that the Motion is granted. The Trustee is authorized to do the following:

1. Sell certain furniture and equipment of the estate located at the Monterey Office to the winning bidder, Mike Avila of Avila Construction Company, for the amount of $79,000.00, under the sale procedures and terms attached hereto as <u>Exhibit A</u>; and

2. Sell certain cubicles of the estate also located at the Monterey Office to the landlord, Salinas Valley Memorial Health System, for the amount of $15,000.

**IT IS FURTHER ORDERED** that the Court waives the ten (10) day stay of the effectiveness of the sale order imposed pursuant to Federal Rule of Bankruptcy Procedure 6004(g) so that sale can close immediately following entry of this sale order.

Dated: October 16, 2009

D.

Robert S. Bardwil, Judge
United States Bankruptcy Court

ORDER APPROVING SALE OF ASSETS OF THE ESTATE PURSUANT TO 11 U.S.C. § 363(b)

PHDATA 3239800_1

# Exhibit A



## SK Foods Furniture Liquidation

Auction Process:
- The auction will begin promptly Wednesday, October 14th at 2:00 P.M telephonically.
- The opening bid will be $37,860.
- From there the bid amount will incrementally increase by $1,000 until a clear winner is chosen.

Inventory:
- Based on interested parties walk through of office space located at 21 Lower, Ragsdale Drive, Monterey CA.
- Sale of all property is final "as is, where is"

Liquidation Requirements:
- Follow all building regulations.
- Collaborate with the trustee and his team to remove furnishings in a timely and efficient manner.
- Leave the space broom swept clean.

Payment Terms
- Upon being awarded the job, the winning bidder will be required to make an initial payment of $20,000.
- The remaining balance will be due within 10 days of project completion.


Date: October 14th, 2009

Winning Bid Amount: _$79,000_

Winning Bidder (company): _MIKE AVILA, AVILA CONSTRUCTION_

Signature: _[signature]_