FILED
October 27, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002181286

**3 Pages**

PILLSBURY WINTHROP SHAW PITTMAN LLP
M. DAVID MINNICK 54148
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
E-mail: dminnick@pillsburylaw.com

Counsel to
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership,<br><br>                Debtor | **Case No. 09-29162-D-11**<br><br>Chapter 11<br><br>DC No.: SH6 |
| In re:<br><br>RHM INDUSTRIAL SPECIALTY FOODS, INC., a California Corporation, d/b/a Colusa County Canning Co.;<br><br>                Debtor | **Case No. 09-29161-D-11**<br><br>Chapter 11<br><br>DC No.: SH6<br><br><u>WELLS FARGO BANK, N.A.<br>REQUEST FOR SPECIAL NOTICE</u><br><br>No Hearing Required<br><br>Hon. Robert S. Bardwil |

TO THE HONORABLE ROBERT S. BARDWIL, UNITED STATES BANKRUPTCY JUDGE, THE CLERK OF THE COURT, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES ENTITLED TO NOTICE:

PLEASE TAKE NOTICE that Wells Fargo Bank, N.A. (the "Bank"), a secured creditor of Debtor, hereby requests that all notices of all events relevant to the above-captioned jointly administered bankruptcy cases, including without limitation adversary proceedings and contested matters in such case,(collectively, the "Bankruptcy Case"), and any and all copies of all pleadings or documents filed in relation to the Bankruptcy Case, including all pleadings or notices required to be served on any party under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on the Bank as follows:

> Pillsbury Winthrop Shaw Pittman LLP
> 50 Fremont Street
> San Francisco, CA 94105-2228
> Attn: M. David Minnick, Esq.
> Phone: (415) 983-1000
> Fax: (415) 983-1200
> Email: dminnick@pillsburylaw.com

In addition, the Bank requests (1) under Federal Rule of Bankruptcy Procedure 3017 that it receive service of copies of any disclosure statement or plan for which a party seeks approval and (2) that its attorneys be included on any Master Mailing List established for this case.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of Bank's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. right to trial by jury in any proceeding as to any and all matters so triable in the Bankruptcy Case, whether or not such matters are designated legal or private rights, or in any case, controversy or proceeding related to the Bankruptcy Case, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. Section 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

1         c.     right to have the reference of this matter withdrawn by the United States

2 District Court in any matter or proceeding subject to mandatory or discretionary

3 withdrawal; and

4         d.     other rights, claims, actions, defenses, setoffs, recoupments or other matters

5 to which this party is entitled under any agreements or at law or in equity or under the

6 United States Constitution.

7         All of the above rights are expressly reserved and preserved for Bank without

8 exception and with no purpose of confessing or conceding jurisdiction in any way by this

9 filing or by any other participation in these matters.

10         Dated: October 27, 2009.

                        PILLSBURY WINTHROP
                        SHAW PITTMAN LLP
                        M. DAVID MINNICK
                        50 Fremont Street
                        San Francisco, CA 94105-2228

                        By _____
                              M. David Minnick, Esq.
                           Attorneys for Wells Fargo Bank, N.A.