**2 Pages**

CHRISTOPHER D. SULLIVAN [148083]
WILLIAM J. WALRAVEN [262586]
McGRANE GREENFIELD LLP
One Ferry Building, Suite 220
San Francisco, CA 94111
Telephone: (415) 283-1776
Facsimile: (415) 283-1777

Special Counsel to Bradley D. Sharp,
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re: | Case No. 09-29162-D-11 |
|---|---|
| SK FOODS, L.P., | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |
| Debtor. | |

1      Please take notice that the undersigned hereby appears in the above-captioned

2 case as special counsel for Bradley D. Sharp, Chapter 11 Trustee, and pursuant to

3 11 U.S.C. §§342 and 1109(b), and Rules 2002, 9007, 9010 of the Rules of Federal

4 Rules of Bankruptcy Procedure as well as section 1109(b) of the Bankruptcy

5 Code, request that all notices, applications, motions, petitions, pleadings, orders,

6 filings and all other mailings and documents in this case from and after this date

7 be given to and served upon the following:

Christopher D. Sullivan (SBN 148083)
William J. Walraven (SBN 262586)
McGRANE GREENFIELD LLP
One Ferry Building, Suite 220
San Francisco, CA 94111
Telephone: (415) 283-1776
Facsimile: (415) 283-1777
Email: csullivan@mcgranegreenfield.com
Email: wwalraven@mcgranegreenfield.com

Dated: December 22, 2009           McGRANE GREENFIELD LLP


                                   By: /s/ Christopher Sullivan
                                       Christopher Sullivan
                                       Special Counsel to Bradley D.
                                       Sharp, Chapter 11 Trustee.