FILED
March 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002489017

3

MARK GORTON (CA Bar No. 099312)
THOMAS G. MOUZES (CA Bar No. 099446)
MARY E. OLDEN (CA Bar No. 109373)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
500 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax: 916.442.2780
Email: mgorton@mhalaw.com
tmouzes@mhalaw.com
molden@mhalaw.com

IAN T. PECK (TX Bar No. 24013306) (admitted *pro hac vice*)
ERIK K. MARTIN (TX Bar No. 24060227) (admitted *pro hac vice*)
HAYNES AND BOONE, LLP
Attorneys at Law
201 Main Street, Suite 2200
Fort Worth, TX 76102
Phone: 817.347.6600
Fax: 817.347.6650
Email: ian.peck@haynesboone.com
erik.martin@haynesboone.com

Attorneys for Creditor and Party-In-Interest
Frito-Lay, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re<br><br>SK FOODS, LP,<br><br>    Debtor. | Case No. 09-29162-D-11<br><br>NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST |

/ / /

/ / /

/ / /

/ / /

REQUEST FOR SPECIAL NOTICE

1296261v1 28981/0003

**PLEASE TAKE NOTICE** that the undersigned, counsel to Frito-Lay, Inc., a creditor and a party-in-interest in this bankruptcy case, in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002(g), 3017(a) and 9007, that all notices given or required to be served in this case be given to and served on its attorneys at the address set forth below:

```
FRITO-LAY, INC.
c/o IAN T. PECK
ERIK K. MARTIN
HAYNES AND BOONE, LLP
201 Main Street, Suite 2200
Fort Worth, TX  76102
Telephone:    (817) 347-6600
Facsimile:    (817) 347-6650
Email:        ian.peck@haynesboone.com
              erik.martin@haynesboone.com
```

**PLEASE TAKE FURTHER NOTICE** that, in accordance with 11 U.S.C. § 1109(b) and the duties imposed by 11 U.S.C. §§ 1107(a), 1106(a)(1) and 704(7), the foregoing request includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, any plan of reorganization and objections thereto, notices and orders of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise which affect or seek to affect in any way any rights or interest of creditors or parties in interest in this case.

This Notice of Appearance and Request for Special Notice shall <u>not</u> be deemed to be a waiver in any form including, without limitation, of the above-named creditor's and party-in-interest's right:  (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, or defenses to which the above-named creditor and party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions or defenses the above-named creditors and party-in-interest expressly reserves.

DATED: March __, 2010.

        IAN T. PECK
        ERIK K. MARTIN
        HAYNES AND BOONE, LLP

        and

        McDONOUGH HOLLAND & ALLEN PC
        Attorneys at Law


        By:_____/s/ Mark Gorton_____
             MARK GORTON

        Attorneys for Creditor
        Frito-Lay, Inc.



REQUEST FOR SPECIAL NOTICE     - 3 -     1296261v1 28981/0003