**1 PAGE**
Philip J. Giacinti, Jr. (Bar No. 065909)
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Sky Park 200, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 09-29162 |
| SK Foods, LP, | Chapter 11 |
| Debtor | DC No.: PJG-4 |
| | **WITHDRAWAL OF REQUEST FOR NOTICE** |
| | Dept: D<br>Judge: Honorable Robert S. Bardwil |

TO: THE HONORABLE U. S. BANKRUPTCY JUDGE, DEBTOR, ALL INTERESTED PARTIES AND DEBTOR'S COUNSEL:

**PLEASE TAKE NOTICE** that Sky Park 200 LLC, hereby <u>withdraws</u> its request that notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, be served on:

   Philip J. Giacinti, Jr., Esq.
   PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
   530 "B" Street, Suite 2100
   San Diego, CA 92101-4469

DATED: April 8, 2010          PROCOPIO, CORY, HARGREAVES &
                                      SAVITCH LLP

                                     By:  */s/ Philip J. Giacinti, Jr.*
                                            Philip J. Giacinti, Jr.
                                            Attorneys for Creditor,
                                            Sky Park 200, LLC

FILED
April 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002543528