FILED
May 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002660343

TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

*Attorneys for Movants*
*Allied World National Assurance Company and*
*Allied World Assurance Company (U.S.) Inc.*

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California limited partnership,<br><br>           Debtor.<br><br>In re:<br><br>RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation, d/b/a Colusa County Canning Co.,<br><br>           Debtor. | **Case No. 09-29162-D-11**<br><br>Chapter 11<br><br>**DC No. TRM-1**<br><br><br>**Case No. 09-29161-D-11**<br><br>Chapter 11<br><br>**DC No. TRM-1**<br><br>**ALLIED WORLD NATIONAL ASSURANCE COMPANY AND ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:     June 23, 2010<br>Time:    10:00 a.m.<br>Place:   Department D, Courtroom 34<br>           501 I Street, 6th Floor<br>           Sacramento, CA 95814<br>Judge:  Hon. Robert S. Bardwil |

1026753v1

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE COURT, THE DEBTORS, THE CHAPTER 11 TRUSTEE, AND THEIR COUNSEL OF RECORD:

Allied World National Assurance Company ("Allied World") and Allied World Assurance Company (U.S.) Inc. ("AWAC") (collectively "Movants"), by and through their undersigned counsel, hereby move this Court pursuant to 11 U.S.C. § 362(d) and Rules 4001(a) and 9014 of the Federal Rules of Bankruptcy Procedure for an Order granting Movants relief from the automatic stay to commence litigation in a non-bankruptcy forum against SK Foods, L.P. and RHM Industrial/Specialty Foods, Inc. (collectively "Debtors"), along with other defendants, for the purpose of seeking a judicial determination that (1) Allied World is entitled to rescind certain insuring agreements of For Private Companies Policy No. C011427/001 issued to S.K. Foods PM Corp. for the February 19, 2009 to August 17, 2009 Policy Period[1] (the "Primary Policy"), (2) AWAC is entitled to a declaration that Excess Directors & Officers Liability Insurance Following Form Policy No. C011818/001 sought by S.K. Foods PM Corp. for the April 8, 2009 to February 19, 2010 Policy Period (the "Excess Policy") was never effectively issued or delivered by reason of the failure of a condition precedent, and so is of no legal force or effect, (3) the defendants, including Debtors, are liable to Movants for any payments made by Movants to or on behalf of any insureds pursuant to Movants' obligations under the Primary or Excess Policies (4) in the alternative, AWAC is entitled to rescind certain insuring agreements of the Excess Policy, and Movants are entitled to reformation and/or relief for breach of Warranty with respect to the Primary and Excess Policies. (Movants' proposed action is referred to herein as the "Rescission Action").

This Motion is made on the grounds that "cause" exists pursuant to 11 U.S.C. § 362(d)(1) to grant relief from the automatic stay, because allowing Movants to pursue the Rescission Action against all defendants in a non-bankruptcy forum will promote judicial economy and prevent undue prejudice to Movants. In addition, the Primary and Excess Policies prohibit Debtors from

---

[1] The Primary Policy was initially issued with a Policy Period of February 19, 2009 to February 19, 2010. However, the Primary Policy was cancelled effective August 17, 2009, by First Insurance Funding Corp., the company that provided SK Foods PM Corp. with financing for the premium of the Primary Policy.

objecting to or opposing Movants' request for relief from the automatic stay.

This Motion is based upon the Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Peter R. Lucier and exhibits thereto, the other pleadings and orders already on file in this case, and on such other argument and evidence as may be presented by counsel at the time of the hearing.

WHEREFORE, Movants pray that this Court issue an Order as follows:

1. Movants are granted relief from the automatic stay to commence the proposed Rescission Action against the Debtors and other defendants in a non-bankruptcy forum;

2. That the order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

3. That the 14-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived; and

4. Granting such other relief as the Court deems just and appropriate.

Dated: May 26, 2010

Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ Peter R. Lucier
Terrence R. McInnis
Kevin F. Kieffer
Peter R. Lucier
*Attorneys for Movants Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*