FILED
June 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D1854

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | SK Foods, L.P. | **Case No :** | 09-29162 - D - 11 |
| | | **Date :** | 6/9/10 |
| | | **Time :** | 10:00 |

**Matter :** [1743] – Motion/Application for an Order to Quash Rule 2004 Subpoena [FWP-2] Filed by Creditors Blackstone Ranch Corporation, CSSS, LP, Collins and Associates, Fred Salyer Irrevocable Trust, Monterey Peninsula Farms, LLC, Gerard Rose, SK Farms Services, LLC, SK Foods, LLC, SK Frozen Foods, LLC, SK PM Corp., SKF Aviation, LLC, SKF Canning, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, Scott Salyer, Salyer Management Company, LLC, The Scott Salyer Revocable Trust (dhes)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
    Creditor's Attorney – Paul Pascuzzi
**Respondent(s) :**
(by phone)    Trustee's Attorney – Kevin Coleman

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is ~~denied without prejudice.~~ dismissed.

Dated: June 14, 2010

*Robert S. Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court