```
FILED
June 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D2026
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | SK Foods, L.P. | **Case No :** | 09-29162 - D - 11 |
| | | **Date :** | 6/23/10 |
| | | **Time :** | 10:00 |

**Matter :** [1784] - Motion/Application for Relief from Stay [TRM-1] Filed by Creditors Allied World Assurance Company (U.S.) Inc., Allied World National Assurance Company (Fee Paid $0.00) (jris)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
  Creditor's Attorney - Kevin Kieffer
**Respondent(s) :**
  Trustee's Attorney - Christopher Hart

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is granted as provided in this order. The automatic stay vacated to allow the moving party to proceed to liquidate and quantify its' claim as well as the parties right under the subject insurance policies.

IT IS FURTHER ORDERED, the stay shall remain in effect in regard to enforcement of any monetary award or judgment in favor of the moving party.

Dated: June 29, 2010

Robert S. Bardwil, Judge
United States Bankruptcy Court