UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| Case Title : | SK Foods, L.P. | Case No : | 09-29162 - D - 11 |
|---|---|---|---|
| | | Date : | 9/1/10 |
| | | Time : | 10:00 |

| Matter : | [2268] - Counter Motion to Approve Protective Order Related to Tax Information and Documents Re Order Authorizing Rule 2004 Examination and Production of Documents [FWP-3] Filed by Creditors Blackstone Ranch Corporation, CSSS, LP, Collins and Associates, Fred Salyer Irrevocable Trust, Monterey Peninsula Farms, LLC, Gerard Rose, SK Farms Services, LLC, SK Foods, LLC, SK Frozen Foods, LLC, SK PM Corp., SKF Aviation, LLC, SKF Canning, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, Scott Salyer, Salyer Management Company, LLC, The Scott Salyer Revocable Trust (dhes) | UNOPPOSED |
|---|---|---|

| Judge : | Robert S. Bardwil |
|---|---|
| Courtroom Deputy : | Nancy Williams |
| Reporter : | Diamond Reporters |
| Department : | D |

**APPEARANCES for :**
**Movant(s) :**
    Creditor's Attorney - Paul Pascuzzi
**Respondent(s) :**
(by phone)    Trustee - Bradley D. Sharp
    Trustee's Attorney - Christopher Hart

COUNTER MOTION was :


Final ruling:

The court intends to deny the motion on the basis that the moving parties have failed to include a certificate that they have in good faith conferred, or attempted to confer, with the responding parties, as required by FRCP 26(c)(1), as incorporated herein by FRBP 7026.

The court will hear the matter.