2009-29162
FILED
March 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003381568

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re<br>SK Foods, In re RHM Industrial<br><br>Debtor(s). | Bankruptcy Case No.<br>09-29162, 09-29161 |
|---|---|

*The following additional information is required when filing this form in an adversary proceeding.*

| v.<br><br>Plaintiff(s),<br><br>Defendant(s). | Adversary Proceeding No. |
|---|---|

### ORDER CONCERNING ADMISSION TO PRACTICE PRO HAC VICE *

**IT IS ORDERED** that the application of __James M. Heiser__ *[name of applicant]* for admission to practice pro hac vice as counsel for __Bank of Montreal__ _____ *[name(s) of party(ies) represented]* in the above-entitled case/proceeding is hereby:

☒ GRANTED.

☐ DENIED.

Dated: March 30, 2011

*Robert S. Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court

---

* **NOTE:** This form is to be completed in all respects, except for checking a box and inserting the date, by the applicant, electronically filed with the bankruptcy court by designated local counsel. For additional information, see form EDC 2-600-INST, *Instructions Regarding Application for Admission to Practice Pro Hac Vice.*

EDC 2-601 (New 6/10)

RECEIVED
March 29, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003381568