FILED
August 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D3245

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | |
|---|---|
| Case Title : SK Foods, L.P. | Case No : 09-29162 - D - 11 |
| | Date : 8/17/11 |
| | Time : 10:00 |

**Matter :** [3149] - Motion/Application for Compensation [DB-19] for Nicole DeRosa, Other Professional(s), Fee: $790.84, Expenses: $0.00. Filed by Attorney Spencer W. Christensen (dhes)

**Judge :** Thomas Holman
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
　　Creditor's Attorney - Jaime Dreher
**Respondent(s) :**
　　Trustee's Attorney - Natalie Bush Lents
　　Creditor's Attorney - Dean Gloster

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the application is granted in the amount of $790.84.

Dated: August 24, 2011

Thomas C. Holman
United States Bankruptcy Judge