# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | SK Foods, L.P. | **Case No :** | **09−29162 − D − 11** |
| | | **Date :** | 8/17/11 |
| | | **Time :** | 10:00 |

| | | |
|---|---|---|
| **Matter :** | [3112] − Motion/Application to Amend | |
| | [SH−117] [1301] Amended Order to Employ | UNOPPOSED |
| | Filed by Trustee Bradley D. Sharp (dhes) | |

| | |
|---|---|
| **Judge :** | Robert S. Bardwil |
| **Courtroom Deputy :** | Nancy Williams |
| **Reporter :** | Diamond Reporters |
| **Department :** | D |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Trustee − Bradley D. Sharp
(by phone)   Trustee's Attorney − Kevin Coleman
**Respondent(s) :**
(by phone)   Creditor's Attorney − Kelly Pope, James Spiotto, Wendy Taylor, Kelly Woodruff

MOTION was :
Granted

ORDER TO BE PREPARED BY :       Movant(s)
ORDER TO BE APPROVED BY :       Atty James Spiotto, Atty James Dreher