UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | |
|---|---|
| **Case Title :** SK Foods, L.P. | **Case No :** 09-29162 - D - 11 |
| | **Date :** 8/31/11 |
| | **Time :** 10:00 |

**Matter :** [3127] - Motion/Application to Set Status Conference to Schedule Further Proceedings Related to Remand of Orders Excluding Brincko Declaration and Granting BMO Compromise [SH-119] Filed by Trustee Bradley D. Sharp (dhes)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Trustee - Bradley D. Sharp
(by phone)   Trustee's Attorney - Gregory C. Nuti
(by phone)   Trustee's Attorney - Kevin Coleman
**Respondent(s) :**
(by phone)   Creditor's Attorney - Dale Campbell, Jaime Dreher, Todd Dressel, Dean Gloster, Kristin Madigan, Ian Peck, James Spiotto, Kelly Woodruff

HEARING CONTINUED TO: 10/19/11 at 09:30 AM Request of Court


Final ruling:

This is the trustee's motion to schedule further proceedings related to the remand of orders excluding the Brinko Declaration/testimony (the "Remand Order"). The court is not going to reopen the record regarding the underlying compromise, other than considering the Brinko Declaration/testimony. Because the court will consider the Brinko Declaration/testimony, it is appropriate to give the trustee the opportunity to depose Mr. Brinko prior to setting a hearing date. Accordingly, the court will grant the motion, schedule a date where Mr. Brinko will be available for deposition and set a final hearing date sometime thereafter. The court will hear the matter.