2009-29162
FILED
September 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003746215

**3 PAGES**

Gregory C. Nuti (CSBN 151754)
   gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
   kcoleman@schnader.com
Melissa S. Lor (CSBN 245515)
   mlor@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Chapter 11 Trustee, Bradley D. Sharp

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-29162-D-11 |
| | ) |
| SK FOODS, L.P., a California limited partnership, | ) Chapter 11 |
| | ) |
| | ) **DCN: SH-117** |
| Debtor. | ) |
| | ) **ORDER GRANTING MOTION TO** |
| | ) **AMEND ORDER AUTHORIZING** |
| | ) **EMPLOYMENT OF DUNCAN** |
| | ) **COTTERILL** |
| | ) |
| | ) Date: August 24, 2011 |
| | ) Time: 10:00 a.m. |
| | ) Place: Courtroom 34 |
| | ) 501 I Street, 6th Floor |
| | ) Sacramento, CA 95814 |
| | ) Judge: Hon. Robert S. Bardwil |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

RECEIVED
September 02, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003746215

...ng Motion to Amend Employment Order of Duncan Cotterill

PHDATA 3586721_1

Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700

1    At the date, time, and place set forth above, the Court considered the Trustee's Motion to

2    Amend Order Authorizing Employment of Duncan Cotterill (the "Motion") [Doc. No. 3112],

3    filed by Bradley D. Sharp, the duly appointed and acting Chapter 11 trustee (the "Trustee") in the

4    case of SK Foods, L.P. and RHM Industrial Specialty Foods, Inc. d/b/a Colusa County

5    Canning Co. (collectively, the "Debtors"), the memorandum of points and authorities therein, the

6    declarations, and all supporting and supplemental papers filed in support thereof.  Appearances

7    were made orally on the record.  There was no opposition to the Motion.

8    The Court has duly considered the Motion, the memorandum of points and authorities

9    therein, the declarations, all supporting and supplemental papers filed in support thereof, and

10   the statements made on the record at the hearing.  Based upon the foregoing:

11   **IT IS HEREBY ORDERED THAT** the Motion is granted as follows:

12   (1)    The "Amended Order Approving and Authorizing Employment of

13   Duncan Cotterill as Special Professional to the Trustee With an Effective Date of November

14   18, 2009" (the "Employment Order") [Docket Ctrl. No. SH-37; Doc. No. 1301],[1] is amended

15   to authorize Duncan Cotterill to engage George Lucarelli and his law firm Wardell Chambers

16   as its barrister to appear on the Trustee's behalf before the courts of Australia in all matters

17   necessary and appropriate to maximize the estate's recovery on the Cedenco Equity Interest

18   and Intercompany Loan;[2]

19   (2)    Paragraph 2.c of this Court's September 8, 2009 Order Granting

20   Trustee's Motion Establishing Procedures and Authorizing Payment of Professionals Fees and

21   Expenses on a Monthly Basis [Doc. No. 685] is amended to allow the Trustee to reimburse

22   Duncan Cotterill for 100% of the fees and expenses charged to it by Wardell Chambers on a

23

24   [1] The original order approving and authorizing the employment of Duncan Cotterill as special
     professional the Trustee was entered on January 20, 2010 [Doc. No. 1275].  The Court

25   order was subsequently amended on February 11, 2010 to approve and authorize the
     employment of Duncan Cotterill as special professional to the Trustee with an effective

26   date of November 18, 2009 [Doc. No. 1301].

27   [2] All capitalized terms not herein defined shall have the meaning otherwise ascribed to them in
     the Motion.

28

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

monthly basis under 11 U.S.C. § 328(a), subject only to the approval of the Official Committee of Unsecured Creditors and the Bank of Montreal, agent the for Debtors' pre-petition secured lenders, and notwithstanding any objections made to reimbursement of this expense item in the monthly fee statements; and

(3)     Notwithstanding any order subsequently entered in the case, any fees/expenses charged to Duncan Cotterill by Wardell Chambers that are approved by this Court in connection with its applications for interim compensation shall not be subject to disgorgement.

**Approved as to form:**

Dated:  September 2 , 2011                           Dated:  September 2, 2011

DOWNEY BRAND LLP                                CHAPMAN & CUTLER LLP


____/s/ Jamie Dreher_____                  ___/s/  James E. Spiotto_____
    Jamie Dreher                                           James E. Spiotto
Attorneys for the Official Committee of            Attorneys for Bank of Montreal
Unsecured Creditors


IT IS SO ORDERED.


Dated:   September 03, 2011



                          _Robert Bardwil_____
                          Robert S. Bardwil, Judge
                          United States Bankruptcy Court

Order Granting Motion to Amend Employment Order of Duncan Cotterill

PHDATA 3586721_1