UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | SK Foods, L.P. | **Case No :** | 09−29162 − D − 11 |
| | | **Date :** | 8/31/11 |
| | | **Time :** | 10:00 |
| **Matter :** | [3127] − Motion/Application to Set Status Conference to Schedule Further Proceedings Related to Remand of Orders Excluding Brincko Declaration and Granting BMO Compromise [SH−119] Filed by Trustee Bradley D. Sharp (dhes) | | UNOPPOSED |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :

Final ruling: This matter is continued to September 1, 2011 at 10:00 a.m. If a tentative or final ruling is to be posted, it will be posted no later than 4:00 p.m. August 31, 2011. The court will handle the September 1, 2011 calendar telephonically. As such, all parties shall make arrangements with the courtroom deputy to appear telephonically.