2009-29162
FILED
October 25, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003854376

**2 PAGES**

Gregory C. Nuti (CSBN 151754)
  gnuti@schnader.com
Christopher H. Hart (CSBN 184117)
  chart@schnader.com
Natalie Bush-Lents (CSBN 253124)
  nbush-lents@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Chapter 11 Trustee, Bradley D. Sharp

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California limited partnership,<br><br>          Debtor.<br><br>In re :<br><br>RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation, d/b/a Colusa County Canning Co.,<br><br>          Debtor. | Case No. 09-29162-D-11<br><br>Chapter 11<br><br>**DC No. SH-133**<br><br>**ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CONTROVERSY BETWEEN TRUSTEE AND AEP INDUSTRIES INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Date:  October 12, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom 34<br>         501 I Street, 6th Floor<br>         Sacramento, CA 95814<br>Judge: Hon. Robert S. Bardwil |

Bradley D. Sharp (the "Trustee"), the duly appointed and acting chapter 11 trustee for SK Foods, L.P., a California limited partnership ("SK Foods"), and RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co. ("RHM" and collectively with SK Foods, the "Debtors") filed the Motion to Approve Compromise of Controversy Between Trustee and AEP Industries Inc. ("AEP") Pursuant to Federal Rule of Bankruptcy Procedure

RECEIVED
October 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003854376

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

9019 ("Motion") [Doc. No. 3317] and scheduled the Motion for hearing on the date set forth above. No opposition was filed or stated on the record. Accordingly, the Court granted the motion and approved the compromise.

The primary terms of the compromise are summarized as follows:

a. <u>Payment</u>. AEP has agreed to tender to the Trustee $35,000.00 by regular company check payable to SK Foods, L.P., within 20 days after AEP and its counsel have been served with the Court's entry of this order.

b. <u>Waiver of Resulting Claim</u>. AEP shall irrevocably waive any claim to which it would be entitled for having satisfied the Trustee's demand for recovery under 11 U.S.C. §547 ("<u>Resulting Claim</u>") by operation of Federal Rule of Bankruptcy Procedure 3003(c)(3) (incorporating F.R.B.P. 3002(c)(3); 11 U.S.C. §502(h)).

c. <u>Mutual Release</u>. The Trustee and AEP will release all claims and debts arising out of and relating to the Preference Payments and the Adversary Proceeding.

d. The parties agree to bear their own fees and costs, including attorneys' fees, relating to this Agreement.

The Court has duly considered the Motion and the Declaration of Bradley D. Sharp filed in support thereof. The Court has determined that notice was proper. Based upon the foregoing:

**IT IS HEREBY ORDERED** that the Motion to approve the compromise between the Trustee and AEP Industries Inc. is granted.

Dated: October 25, 2011

*/s/ Robert Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court